IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOWLER, and the HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association,<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN STAPELFELD, in his individual and official capacities as principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as assistant principal of Hudson High School, and DR. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

05-11007 PBS

## MOTION FOR PRELIMINARY INJUNCTION AND WAIVER OF SECURITY

NOW COME the Plaintiffs, by and through counsel, Gregory A. Hession, participating attorney for The Rutherford Institute, and move pursuant to Fed. R. Civ. P. 65(a) for a preliminary injunction forbidding the Defendants and their officers and agents from forbidding, preventing, or otherwise interfering with the Plaintiffs' communication with others, either orally or by way of posters, flyers, and other written materials, regarding the High School Conservative Clubs of America (HSCCA), the HSCCA internet website, or other information regarding the HSCCA. The Plaintiffs further request that this Court waive the requirement that Plaintiffs post a security bond pursuant to Fed. R. Civ. P. 65(c).

The Plaintiffs allege in support of this motion that they have and continue to suffer irreparable harm as a result of the Defendants' interference with the Plaintiffs' expressive activities in that the Plaintiffs have been deprived of rights and privileges arising under the First and Fourteenth Amendments to the United States Constitution, Article XVI of the Massachusetts Declaration of Rights, Amendment CVI of the Massachusetts Constitution, 20 U.S.C. § 4071, and Mass. Gen. Laws ch. 71, § 82, and that the Defendants and the public would suffer no harm as a result of the entry of the requested preliminary injunction..

Plaintiffs further request that a hearing on this motion be held at the earliest possible time because of the continuing interference with the important constitutional rights of the Plaintiffs.

Dated this 16th day of May, 2005.

Respectfully submitted,

*/s/ Gregory A. Hession*

Gregory A. Hession, Esq.
LAW OFFICES OF GREGORY A. HESSION
99 Forest Park Ave.
Springfield, MA  01108
(413) 746-3333
Fax:  (413) 746-6161

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789

OF COUNSEL

COUNSEL FOR THE PLAINTIFFS