IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

CHRISTOPHER BOWLER, and the )
HUDSON HIGH SCHOOL )
CONSERVATIVE CLUB, an )
unincorporated association, )  05-11007 PBS
)
Plaintiff, )
)
v. ) Case No.
)
JOHN STAPELFELD, in his )
individual and official capacities as )
Principal of Hudson High School, )
DAVID CHAMPIGNY, in his individual )
and official capacities as Assistant )
Principal of Hudson High School, and )
DR. SHELDON BERMAN, in his )
individual and official capacities as )
Superintendent of Hudson Public )
School District, )
)
Defendants. )
)

### Affidavit of Christopher Bowler

1. I am Christopher Bowler, Plaintiff in the above captioned action. I make this affidavit from my own knowledge and experience, to support my motion for a preliminary injunction.

2. I am currently a senior at Hudson High School in Hudson, Massachusetts.

3. The faculty, administration, and students at Hudson High School have been, and continue to be, very critical of my political beliefs. Classroom discussion involved talking points that were anti-American and anti-conservative, and continually derided the conservative point of view.

4. When I reported this bias to the administration, including the Principal, Mr. Stapelfeld, administrators promised to take strong action.

5. Despite the administrators' promise, biased comments and conduct by teachers at

1

Hudson High School continued.

6. On other occasions, I was told that I was "ignorant" and an idiot because I supported the policies of the United States and conservative politicians.

7. In the days leading up to the 2004 Presidential election, many teachers openly derided President Bush and openly supported Senator John Kerry. *Fahrenheit 9/11*, a film directed by Michael Moore which was overtly critical of President Bush and his administration, was shown in classrooms at Hudson High School. The film contained graphic violence, including videotaped footage of a beheading. One teacher requested that I view the film, and although I initially declined, the teacher persisted until I agreed to watch the film at home.

8. Because of the persistent anti-American, anti-conservative environment at Hudson High School, I, along with another student, James Melillo, decided to form a club that would serve as a forum for pro-American, pro-conservative dialogue and speech. The club was named the Hudson High School Conservative Club (Conservative Club).

9. James Melillo and I chose to be affiliated with a national organization, High School Conservative Clubs of America (HSCCA). The mission statement of HSCCA is as follows:

   The objective of High School Conservative Clubs of America (HSCCA) is to support the United States Constitution, uphold the Bill of Rights, advocate the moral standards of our Founding Fathers, encourage traditional American values, and assist students to form chartered conservative clubs in high schools throughout the nation. We promote the pillars of the Bible, patriotism and conservative beliefs as balance to the mostly "liberal" viewpoints of teachers. Our chartered clubs invite open debate and honest, non-violent, differences of opinion by inviting guest speakers to share outside viewpoints; and we encourage a balanced classroom environment by promoting unbiased teaching.

10. The mission statement and other information relevant to current public affairs, commentary, and the activities of the HSCCA are shown at its website, the URL address of which is www.hscca.org.

11. Conservative Club members and members of affiliate clubs around the country can

2

post articles on this website. I currently have an article posted on the website.

12. James Melillo and I obtained a teacher sponsor, and the Conservative Club was formally recognized by Principal Stapelfeld as a Hudson High School student club in the Fall of 2004.

13. Right after we formed the Conservative Club, I overheard two teachers talking to our advisor (who did not know I was listening). The teachers told the advisor they were concerned that I would spread hate around the school, promote violence, be anti-gay, and cause an uprising.

14. I, along with other Conservative Club members, prepared ten posters that were placed on walls and bulletin boards throughout Hudson High School on Friday, November 12, 2004, for the purpose of publicizing the existence of the club, its purpose, its message, and its meetings. The placement of posters in authorized areas at Hudson High School is a privilege that is granted to all recognized student clubs at Hudson High School. The posters included information about Conservative Club and a reference to the website address of HSCCA.

15. The following Monday, November 15, 2004, I was called to the office of Assistant Principal Champigny. When he arrived at the office, I found that seven of the ten club posters had been taken down and were in his office.

16. When I asked why the posters were removed, Defendant Champigny told me that the HSCCA website promotes violence and is anti-gay.

17. When I requested a further explanation of why the posters were removed, Mr. Stapelfeld told me that because the HSCCA website contained references to visual depictions of beheadings of hostages by Iraqi insurgents and terrorists and offered "links" to such depictions, the posters promoted violence and were inappropriate and could not remain posted.

18. Neither the references to Iraqi beheadings at the HSCCA website nor any other content accessible at that website promote or encourage violence. In fact, the

references to beheadings at the website convey the strongest possible condemnation of those brutal and cowardly acts. Additionally, the HSCCA website does not contain anti-gay content, but simply contains information in opposition to same-sex marriage, a matter of national and public concern.

19. After the club posters were posted, teachers at Hudson High School confronted and challenged me regarding the content on the HSCCA website, including the website's opinions supporting the Second Amendment, disbanding the National Education Association, and protecting traditional marriage.

20. At the ensuing meeting of Conservative Club, the club's teacher sponsor informed me and other persons at the meeting that the club's posters may be put back up and those posters could include the HSCCA web address.

21. I, along with others, prepared new club posters, one of which includes a reference to the HSCCA website and web address, which were again posted in authorized places throughout Hudson High School on January 7, 2005.

22. On January 7, 2005, I was again called to Mr. Champigny's office. When I arrived at the office, I was handed the club poster that contained the HSCCA website address.

23. Defendant Champigny also handed me a letter, which he had signed. In the letter, Defendant Champigny confirmed that Mr. Stapelfeld had requested that Conservative Club not post the HSCCA website address on its signs. Mr. Champigny wrote that the club could post signs without the website address and that he was returning signs to the Plaintiff to make the required changes.

24. The removal and censorship of the club's posters were the subject of extensive news coverage by media in Massachusetts and nationally. In response to this publicity, Superintendent Berman requested a meeting with club members and myself.

25. During this meeting, Dr. Berman defended the decisions and actions of Mr.

       Stapelfeld and Mr. Champigny regarding inclusion of the HSCCA website address on club posters. Dr. Berman stated that the tone of some of the content on the HSCCA website was strident and problematic and that Conservative Club could not include the website address of HSCCA on its posters and signs.

26. The Hudson High School student newspaper was allowed to print the website address for HSCCA in a story regarding Conservative Club and its posters.

27. On February 7, 2005, Pacific Justice Institute, a California-based organization specializing in civil liberties advocacy, wrote a letter to Mr. Stapelfeld on behalf of Conservative Club and myself, informing Mr. Stapelfeld that his censorship of the club's posters was contrary to the constitutional rights of the club members. Mr. Stapelfeld did not respond to the letter.

28. On March 8, 2005, Charles Haynes, director of the First Amendment Schools Project of Freedom Forum in Arlington, Virginia, visited the school to interview club members concerning the controversy. Our school is one of only eleven pilot schools in the USA which participate in the "First Amendment Schools" program and receive grant money from that organization.

29. At that meeting, Mr. Haynes suggested that the school's First Amendment Coordinator should try to assure that people with opposing viewpoints feel comfortable. He seemed concerned that the school was not handling the situation correctly.

30. On March 9, 2005, the club held a meeting and sponsored a lecture by Michael Forrest on the need to preserve traditional marriage. Brian Daniels, the school's First Amendment Coordinator to the Freedom Forum, and Gail Lamere, another teacher at Hudson High School, also attended the meeting.

31. In the midst of Mr. Forrest's presentation, Mr. Daniels interrupted and challenged an assertion made by Mr. Forrest. Mr. Forrest respectfully requested that questions be held until after his presentation. At the conclusion of Mr. Forrest's

       presentation, Mr. Daniels and Ms. Lamere aggressively challenged Mr. Forrest. They accused Mr. Forrest of being an extremist on homosexuality, of vilifying homosexuals, and otherwise attempted to intimidate and harass Mr. Forrest.

32. To date, I have not been allowed to put up Conservative Club posters with the website address of the High School Conservative Clubs of America. The website now contains articles describing the bias and suppression of free speech at Hudson High School  Our opinions have been censored, and posters have been removed. Teachers have treated me with disrespect because of my opinions.

33. I have always acted in a respectful and peaceable manner to the teachers and administration, even when they improperly took away my right of free speech. I have never caused any disruption or disorder within the school.

Signed under the penalties of perjury this 23 day of April, 2005.


_Christopher Bowler_
Christopher Bowler.