UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER BOWLER and HUDSON HIGH SCHOOL CONSERVATIVE CLUB, )<br>)<br>Plaintiffs, )<br>v. )   CASE NO. 05-CV-11007-PBS<br>)<br>JOHN STAPELFELD, DAVID CHAMPIGNY and SHELDON BERMAN, )<br>)<br>Defendants. ) | |

**JOINT MOTION TO CONTINUE**
**PRELIMINARY INJUNCTION HEARING DATE**

The parties hereby jointly move to continue the preliminary injunction hearing currently set in this matter from Wednesday, May 25, 2005 to Monday, June 6, 2005, or such other date in that time period that is convenient to the Court and the parties. As grounds for this motion, the parties state as follows:

1.  The Defendants were served with the complaint and motion for preliminary injunction in this case on Wednesday, May 18, 2005 and first learned that a hearing on the preliminary injunction has been scheduled for Wednesday 25, 2005 at 3 p.m.

2.  This case involves complex Constitutional issues, which require extensive research and analysis. Given the Plaintiffs' well-developed, twenty-page brief on the issue, the Defendants require additional time in which to properly oppose the Plaintiffs' papers.

3.  Furthermore, the parties have opened a dialogue with regard to settling this matter. The additional time sought before hearing will allow the parties to explore whether settlement is possible in this case.

4.  The parties join together in this motion and agree that no party will be prejudiced by its allowance. In this regard, given that the new hearing date will likely come on or after the June 6, 2005 date on which the individual plaintiff, Christopher Bowler, is set to graduate from high school, the Plaintiffs intend to amend their complaint to add one or more individual club members, thereby avoiding any argument that their claims are moot. The Defendants agree that they will not oppose the Plaintiffs' attempts to amend the complaint for this purpose and that they will not oppose the Plaintiffs' motion for preliminary injunction on the basis of any mootness caused by Christopher Bowler's graduation.

For all of the foregoing reasons, the parties respectfully request that the Court continue the hearing date on the Plaintiff's motion for preliminary injunction from May 25, 2005 to June 6, 2005, or to another date in that time period convenient for the Court and the parties.

Respectfully submitted,

| | |
|---|---|
| CHRISTOPHER BOWLER, and HUDSON HIGH SCHOOL CONSERVATIVE CLUB, | JOHN STAPELFELD, DAVID CHAMPIGNY and SHELDON BERMAN |
| By their attorney, | By their attorneys, |
| s/Gregory A. Hession<br>Gregory A. Hession (BBO# 564457)<br>Law Offices of Gregory A. Hession<br>99 Forest Park Ave.<br>Springfield, MA<br>(413) 746-3333 | s/John M. Simon<br>Kay H. Hodge (BBO# 236560)<br>John M. Simon (BBO# 645557)<br>Stoneman, Chandler & Miller LLP<br>99 High Street<br>Boston, MA  02110<br>(617) 542-6789 |

Dated: May 23, 2005