## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

FILED
'RS OFFICE

'..5 MAY 24 P 12: 22

DISTRICT COURT
DIST OF MASS

| | |
|---|---|
| **CHRISTOPHER BOWLER, and the** ) | |
| **HUDSON HIGH SCHOOL** ) | |
| **CONSERVATIVE CLUB, an** ) | |
| **unincorporated association,** ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| **v.** ) | Case No. 05 CV 11007 PBS |
| ) | |
| **JOHN STAPELFELD, in his** ) | |
| **individual and official capacities as** ) | |
| **principal of Hudson High School,** ) | |
| **DAVID CHAMPIGNY, in his individual** ) | |
| **and official capacities as assistant** ) | |
| **principal of Hudson High School, and** ) | |
| **DR. SHELDON BERMAN, in his** ) | |
| **individual and official capacities as** ) | |
| **Superintendent of Hudson Public** ) | |
| **School District,** ) | |
| ) | |
| *Defendants*. ) | |

### NOTICE OF HEARING

Hearing on Plaintiffs' Motion for Preliminary Injunction will be held on Wednesday, May 25, 2005 at 3:00 P.M. at the United State District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts.

### CERTIFICATE OF SERVICE

I, Gregory Hession, hereby certify that I have served the foregoing Notice of Motion to all Defendants, with the Complaint and Motion, by sheriff on May 18, 2005.

Gregory A. Hession, J.D.