UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher Bowler, et at,
      V.                                              Civil Action Number
                                                      05-11007-PBS

John Stapelfeld, et al.                            June 6, 2005

## SCHEDULING ORDER

Saris, D.J.,

Plaintiff to file Amended Complaint.

All Depositions to be completed by 7/29/05

Fact Discovery deadline: 7/29/05

Cross Motions for Summary Judgment filing deadline: 8/12/05

Oppositions to Summary Judgment Motions: 8/26/05

Hearing on Summary Judgment and Preliminary Injunction Motions: 9/15/05 at 2:00 p.m.

                                                           By the Court,

                                                           /s/ Robert C. Alba
                                                           Deputy Clerk