UNITED STATES DISTRICT COURT
for the DISTRICT OF MASSACHUSETTS

DOCKET NO.: 05 11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER and the HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, <br>                                  Plaintiffs, <br><br> vs. <br><br> JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, and Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, <br>                                  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the Defendants in the above-captioned matter.

Respectfully submitted,

The Defendants,
JOHN STAPELFELD, DAVID CHAMPIGNY and
DR. SHELDON BERMAN,
By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

Dated: June 7, 2005

_____
John J. Davis, Esquire       BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by electronic mail on this 7th day of June, 2005.

_____
John J. Davis, Esquire