IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER BOWLER, and the HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association,** | ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 05 CV 11007 PBS |
| **JOHN STAPELFELD,** in his individual and official capacities as principal of Hudson High School, **DAVID CHAMPIGNY,** in his individual and official capacities as assistant principal of Hudson High School, and **DR. SHELDON BERMAN,** in his individual and official capacities as Superintendent of Hudson Public School District, | ) ) ) ) ) ) ) ) ) ) ) | |
| *Defendants.* | ) | |

### Notice of Change of Address of Plaintiffs' Counsel

Please take notice that, effective June 20, 2005, Plaintiffs' counsel's address will be :

172 Thompson Street
Springfield, MA 01109

The telephone and fax numbers will remain the same.

Dated this 8th day of June, 2005.
Respectfully submitted,


 /s/ Gregory Hession
Gregory A. Hession, Esq.
LAW OFFICES OF GREGORY A. HESSION
99 Forest Park Ave.

Springfield, MA  01108
(413) 746-3333
Fax:  (413) 746-6161

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789