UNITED STATE DISTRICT COURT
for the DISTRICT OF MASSACHUSETTS

DOCKET NO. 05 11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER and the HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association,<br>Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, and Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND DEADLINES

The plaintiffs and defendants hereby jointly move to extend the current discovery and summary judgment deadlines in the above-captioned matter by forty-five (45) days. As grounds therefor, the parties state that, as a result of their on-going negotiations, they recently reached a tentative settlement of this dispute. However, the parties require additional time in order to craft, circulate, review, approve and execute the closing documents necessary to bring this matter to a conclusion. While such documents are in preparation, the parties seek to avoid the additional fees and expenses they would necessarily incur in order to complete discovery and/or to prepare motions for summary judgment and oppositions thereto under the current deadlines.

WHEREFORE, the parties respectfully request that this Court extend the current deadlines as follows:

1. Discovery deadline shall be extended to **September, 9, 2005**;

2. Deadline for filing motions for summary judgment shall be extended to **September 23, 2005**; and

3. Deadline for filing oppositions to motions for summary judgment shall be extended to **October 7, 2005**.

The parties further request that the hearing on the motions for summary judgment, currently scheduled for September 15, 2005, be continued (if necessary) to another date convenient for the Court <u>after</u> October 7, 2005 (the proposed due date for submission of oppositions.)

| | |
|---|---|
| The Plaintiffs,<br>CHRISTOPHER BOWLER and the<br>HUDSON HIGH SCHOOL<br>CONSERVATIVE CLUB, | The Defendants,<br>JOHN STAPELFELD, DAVID<br>CHAMPIGNY and DR. SHELDON<br>BERMAN, |
| By their attorneys,<br>LAW OFFICES OF GREGORY A. HESSION | By their attorneys,<br>PIERCE, DAVIS & PERRITANO, LLP |

/s/ Gregory A. Hession (JD)
Gregory A. Hession, J.D., BBO #
172 Thompson Street
Springfield, MA 01109
(413) 746-3333

/s/ John J. Davis
John J. Davis, Esq., BBO #115890
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

Date: July 27, 2005

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 7/27/05.