*UNITED STATE DISTRICT COURT*
*for the DISTRICT OF MASSACHUSETTS*

DOCKET NO. 05 11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER and the HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association,<br>                            Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, and Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District,<br>                            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND DEADLINES

The plaintiffs and defendants hereby jointly move to extend the current discovery and summary judgment deadlines in the above-captioned matter by an additional thirty-two (32) days. As grounds therefor, the parties state that, as a result of their on-going negotiations, they have reached a tentative settlement of their dispute. That tentative settlement has now been memorialized in a proposed Settlement Agreement and General Release with attachments, which has been circulated among all parties. However, additional time is necessary to ensure that all interested parties have a full and fair opportunity to review, approve and execute the closing documents necessary to bring this matter to a conclusion. While said documents are being finalized, the parties seek to avoid the additional fees and expenses they would necessarily incur in order to complete discovery and/or to prepare motions for summary judgment and oppositions thereto under the current deadlines.

WHEREFORE, the parties respectfully request that this Court extend the current deadlines as follows:

1. Discovery deadline shall be extended to **October 11, 2005**;

2. Deadline for filing motions for summary judgment shall be extended to **October 25, 2005**; and

3. Deadline for filing oppositions to motions for summary judgment shall be extended to **November 7, 2005**.

| The Plaintiffs,<br>CHRISTOPHER BOWLER and the<br>HUDSON HIGH SCHOOL<br>CONSERVATIVE CLUB, | The Defendants,<br>JOHN STAPELFELD, DAVID<br>CHAMPIGNY and DR. SHELDON<br>BERMAN, |
|---|---|
| By their attorneys,<br>LAW OFFICES OF GREGORY A. HESSION | By their attorneys,<br>PIERCE, DAVIS & PERRITANO, LLP |
| /s/ Gregory A. Hession (JD)<br>Gregory A. Hession, J.D., BBO #<br>172 Thompson Street<br>Springfield, MA 01109<br>(413) 746-3333 | /s/ John J. Davis<br>John J. Davis, Esq., BBO #115890<br>10 Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by electronic mail.

9/8/05
Date