*UNITED STATE DISTRICT COURT*
*for the DISTRICT OF MASSACHUSETTS*

DOCKET NO. 05 11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER and the HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association,<br>　　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, and Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District,<br>　　　　　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND DEADLINES

The plaintiffs and defendants hereby jointly move to extend the current discovery and summary judgment deadlines in the above-captioned matter by an additional thirty-three (33) days. As grounds therefor, the parties state that, as a result of on-going negotiations, they have reached a tentative settlement of this dispute. That tentative settlement was memorialized in a proposed Settlement Agreement and General Release with attachments, which was circulated among all parties. Following circulation of the proposed Settlement Agreement, counsel for the parties engaged in a number discussions both with each other and with their respective clients regarding the various settlement terms and provisions. Counsel also exchanged several written communications suggesting additional and/or alternative settlement language. To date, such settlement discussions have been fruitful in resolving differences and narrowing the remaining issues in dispute.

Additional time is necessary in order to complete the settlement negotiations and to ensure that all interested parties have a full and fair opportunity to review, approve and execute the final closing documents necessary to bring this matter to a conclusion. While said documents are being finalized, the parties seek to avoid the additional fees and expenses they would necessarily incur in order to complete discovery and/or to prepare motions for summary judgment and oppositions thereto under the current deadlines.

WHEREFORE, the parties respectfully request that this Court extend the current deadlines as follows:

1. Discovery deadline shall be extended to **November 14, 2005**;

2. Deadline for filing motions for summary judgment shall be extended to **November 30, 2005**; and

3. Deadline for filing oppositions to motions for summary judgment shall be extended to **December 14, 2005**.

The Plaintiffs,
CHRISTOPHER BOWLER and the
HUDSON HIGH SCHOOL
CONSERVATIVE CLUB,

By their attorneys,
LAW OFFICES OF GREGORY A. HESSION

/s/ Gregory A. Hession (JJD)
Gregory A. Hession, J.D., BBO #
172 Thompson Street
Springfield, MA 01109
(413) 746-3333

The Defendants,
JOHN STAPELFELD, DAVID
CHAMPIGNY and DR. SHELDON
BERMAN,

By their attorneys,
PIERCE, DAVIS & PERRITANO, LLP

/s/ John J. Davis
John J. Davis, Esq., BBO #115890
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by electronic mail.

10/11/05
Date