IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTOPHER BOWLER,** ) | |
| ) | |
| **HUDSON HIGH SCHOOL** ) | |
| **CONSERVATIVE CLUB,** an ) | |
| unincorporated association, ) | |
| ) | |
| **JOSEPH T. BOWLER,** by and through ) | |
| his father and next friend, **STEVEN** ) | |
| **BOWLER**, ) | |
| *Plaintiff*s, ) | |
| ) | |
| v. ) | Case No. **05 CV 11007 PBS** |
| ) | |
| **JOHN STAPELFELD,** in his ) | |
| individual and official capacities as ) | |
| principal of Hudson High School, ) | |
| ) | |
| **DAVID CHAMPIGNY,** in his individual ) | |
| and official capacities as assistant ) | |
| principal of Hudson High School, and ) | |
| ) | |
| **DR. SHELDON BERMAN,** in his ) | |
| individual and official capacities as ) | |
| Superintendent of Hudson Public ) | |
| School District, ) | |
| ) | |
| **THE TOWN of HUDSON,** ) | |
| **MASSACHUSETTS,** ) | |
| ) | |
| **THE SCHOOL COMMITTEE OF** ) | |
| **HUDSON, MASSACHUSETTS** ) | |
| ) | |
| **HUDSON HIGH SCHOOL,** ) | |
| ) | |
| *Defendants.* ) | |

**Assented To Motion to Continue Settlement Period Without Prejudice**

**Assented To Motion to Continue Settlement Period Without Prejudice**

Now come the parties in the above-captioned matter, by counsel, and move the court for a thirty day extension on the Court's 60 day dismissal and settlement order, issued October 21, 2005. In support of this motion, the parties state that they have had substantial settlement discussions, including numerous written proposals, which have not yet concluded the matter. However, they believe it is possible that these communications may lead to a negotiated solution if given more time.

WHEREFORE, the parties request that the Court allow an extension of time for settlement of this matter, without prejudice to re-file the matter if they cannot come to agreement.

Dated this 21st day of December, 2005.

Assented to:

For Plaintiffs:

/s/ Gregory A. Hession
Gregory A. Hession, J.D.
LAW OFFICES OF GREGORY A. HESSION
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No.  564457

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888

For Defendants:

/s/ John J. Davis Esq.
John J. Davis, Esq.
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110-1257
(617) 350-0950
BBO No. 115890