IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| _____ ) | |
| **CHRISTOPHER BOWLER,** ) | |
| ) | |
| **HUDSON HIGH SCHOOL** ) | |
| **CONSERVATIVE CLUB,** an ) | |
| unincorporated association, ) | |
| ) | |
| **JOSEPH T. BOWLER,** by and through ) | |
| his father and next friend, **STEVEN** ) | |
| **BOWLER**, ) | |
|     *Plaintiff*s, ) | |
| ) | |
| v. ) | Case No. **05 CV 11007 PBS** |
| ) | |
| **JOHN STAPELFELD,** in his ) | |
| individual and official capacities as ) | |
| principal of Hudson High School, ) | |
| ) | |
| **DAVID CHAMPIGNY,** in his individual ) | |
| and official capacities as assistant ) | |
| principal of Hudson High School, and ) | |
| ) | |
| **DR. SHELDON BERMAN,** in his ) | |
| individual and official capacities as ) | |
| Superintendent of Hudson Public ) | |
| School District, ) | |
| ) | |
| **THE TOWN of HUDSON,** ) | |
|     **MASSACHUSETTS,** ) | |
| ) | |
| **THE SCHOOL COMMITTEE OF** ) | |
|     **HUDSON, MASSACHUSETTS** ) | |
| ) | |
| **HUDSON HIGH SCHOOL,** ) | |
| ) | |
|     *Defendants.* ) | |
| _____) | |

**<u>Plaintiffs' Motion to Reinstate</u>**

### Plaintiffs' Motion to Reinstate

Now come the Plaintiffs in the above captioned matter and request that it be reinstated. As reason for this request the Plaintiffs state that on October 21, 2005, Judge Saris entered a 60 Day Settlement Order of Dismissal in this matter. On December 21, 2005 a 30 day extension was granted. All parties have acted in good faith to try to negotiate a settlement, but to date have failed to reach an acceptable agreement.

WHEREFORE, Plaintiffs request that this matter be reinstated, and a new scheduling order be issued.


Dated this 20th day of January, 2006.


Respectfully submitted,


 /s/ Gregory A. Hession
 _____
Gregory A. Hession, Esq.
LAW OFFICES OF GREGORY A. HESSION
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No. 564457

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789

### Certificate of Compliance

Now come the Plaintiffs who say that their attorney conferred with the Defendants' attorney as required by Loc. R. 7.1(A)(2), regarding the filing of this motion.

/s/ Gregory Hession
Gregory A. Hession, J.D.