UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher Bowler, et al
        Plaintiffs,                      CIVIL ACTION
                                                      NO.  05-11007-PBS
    v.

John Stapelfeld, et al
        Defendants.

**NOTICE OF STATUS HEARING**

SARIS, U.S.D.J.                                                          February 14, 2006

      TAKE NOTICE that the above-entitled case has been set for a Status Hearing on **March 3, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                                  By the Court,

                                                                                  /s/ Robert C. Alba
                                                                                 Deputy Clerk

Copies to:  All Counsel