UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher Bowler, et al
        Plaintiffs,                   CIVIL ACTION
                                              NO.   05-11007-PBS
   v.

John Stapelfeld, et al
        Defendants.

## NOTICE OF RESCHEDULED STATUS HEARING

SARIS, U.S.D.J.                                                              March 1, 2006

     The Status Hearing previously scheduled for March 3, 2006, has been **rescheduled** to **March 13, 2006, at 2:30 p.m.**

                                                    By the Court,

                                                    _/s/ Robert C. Alba__
                                                    Deputy Clerk

Copies to:  All Counsel

resched.ntc