# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *
Daniel G. Skrip ♦

Of counsel:
Gerald Fabiano
Jeffrey M. Sankey*

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

Kip J. Adams
Mia Baron
James M. Dunn ♦
David C. Hunter †
Robert S. Ludlum †●

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT

John J. Davis
extension 102
jdavis@piercedavis.com

March 20, 2006

Honorable Patti B. Saris
United States District Court
1 Courthouse Way
Boston, MA 02210

Re:    Christopher Bowler, et al
       vs. John Stapelfeld, et al
       United States District Court (D. Mass.), C.A. No. 05-11007-PBS

Your Honor:

Pursuant to the Court Order dated March 13, 2006, this is to advise that all parties to the above-captioned matter agree to participate voluntarily in the USDC Mediation Program. In an effort to facilitate that process, the plaintiffs further agree to provide the defendants with a written settlement demand by **April 3, 2006,** at the latest. The parties recommend that a formal mediation session be held at the convenience of the appointed mediator following defendants' receipt of plaintiffs' written settlement demand.

Thank you for the Court's attention to this matter.

Very truly yours,

PIERCE, DAVIS & PERRITANO, LLP

John J. Davis