UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05 11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER,<br><br>HUDSON HIGH SCHOOL<br>CONSERVATIVE CLUB, an<br>unincorporated association,<br><br>JOSEPH T. BOWLER, by and through<br>his father and next friend, STEVEN BOWLER,<br><br>KIMBERLY A. BOWLER, by and through<br>her father and next friend, STEVEN BOWLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, in his individual<br>and official capacities as Principal of<br>Hudson High School,<br><br>DAVID CHAMPIGNY, in his individual<br>and official capacities as Assistant<br>Principal of Hudson High School,<br><br>Dr. SHELDON BERMAN, in his individual<br>and official capacities as Superintendent of<br>Hudson Public School District,<br><br>TOWN OF HUDSON, MASSACHUSETTS,<br><br>HUDSON HIGH SCHOOL,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT WITH PROPOSED PRETRIAL SCHEDULE
PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above-named parties have conferred and state as follows:

**I.    Joint Discovery Plan and Motion Schedule:**

The parties propose the following pre-trial schedule:

(a) Automatic Disclosures shall be completed by October 6, 2006 in accordance with Local Rule 26.2;

(b) Written discovery requests to be served by November 6, 2006, and answers/responses thereto to be served within the time periods provided by the Federal Rules of Civil Procedure;

(c) The plaintiffs shall name other parties, if any, no later than February 6, 2007;

(d) Supplemental written discovery requests, if any, to be served by April 6, 2007, and answers/responses thereto to be served within the time periods provided by the Federal Rules of Civil Procedure;

(e) All depositions to be completed by May 6, 2007, except for expert witnesses;

(f) The plaintiffs' expert witnesses to be designated by June 6, 2007, and the defendants' expert witnesses to be designated within thirty days after the plaintiffs' designations; designation of experts shall include disclosure of information required by the Federal Rules of Civil Procedure and/or the Local Rules of the United States District Court for the District of Massachusetts; any expert depositions shall be completed within thirty days of the defendants' designations;

    (g)    All dispositive motions to be filed by September 6, 2007, and responses thereto to be filed within thirty days thereafter pursuant to Local Rule 7.1; and

    (h)    A final pre-trial conference will be held per order of the Court.

## II.   Depositions:

The defendants intend to conduct approximately six to eight depositions during the discovery period. The plaintiffs intend to conduct approximately two to four depositions during the discovery period.

## III.   Certifications:

Certifications regarding each party's consultation with counsel regarding litigation costs and alternative dispute resolution will be filed separately.

## IV.   Magistrate:

The parties do not, at this time, consent to a trial by Magistrate.

Respectfully submitted,

| The Defendants, | The Plaintiffs, |
|---|---|
| JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, TOWN OF HUDSON, MASSACHUSETTS, and HUDSON HIGH SCHOOL, | CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, by and through his father and next friend, STEVEN BOWLER, KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER, |
| By their attorneys, | By their attorneys, |
| **PIERCE, DAVIS & PERRITANO, LLP** | **LAW OFFICES OF GREGORY A. HESSION** |
| s/John J. Davis | s/Gregory A. Hession |
| John J. Davis, Esq., BBO # 115890<br>Mia Baron, Esq., BBO # 663826<br>Ten Winthrop Square<br>Boston, MA 02110<br>(671) 350-0950 | Gregory A. Hession, J.D.<br>172 Thompson Street<br>Springfield, MA 01109<br>(413) 746-6161<br>*Participating Attorney for The Rutherford Institute* |

Dated: September 22, 2006