UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05 11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER, | ) |
| | ) |
| HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, | ) |
| | ) |
| JOSEPH T. BOWLER, by and through his father and next friend, STEVEN BOWLER, | ) |
| | ) |
| KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, | ) |
| | ) |
| DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, | ) |
| | ) |
| Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, | ) |
| | ) |
| TOWN OF HUDSON, MASSACHUSETTS, and | ) |
| | ) |
| HUDSON HIGH SCHOOL, | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the defendant, John Stapelfeld, in his individual and official capacities as Principal of Hudson High School, and counsel for the defendants, Mia Baron, Esq., hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  
John Stapelfeld, Principal  
Hudson High School  
69 Brigham Street  
Hudson, MA 01749

_____  
Mia Baron, BBO #663826  
PIERCE, DAVIS & PERRITANO, LLP  
10 Winthrop Square  
Boston, MA 02110  
(617) 350-0950

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on September 27, 2006.

_____  
Mia Baron

-2-