UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Christopher Bowler, et al
Plaintiffs,
      V.                                  Civil Action Number
                                             05-11007-PBS

John Stapelfeld, et al
Defendants.                               September 22, 2006

## SCHEDULING ORDER

Saris, D.J.,

Any amendment to complaint within 30 days.

Parties to exchange automatic discovery.

Fact Discovery deadline: 2/28/07

Summary Judgment Motion filing deadline: 3/28/07

Opposition to Summary Judgment Motions: 4/15/07

Hearing on Summary Judgment or Pretrial Conference: 5/10/07 at 2:00 p.m.

                                                        By the Court,

                                                        /s/ Robert C. Alba
                                                        Deputy Clerk