UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05 11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER, | ) |
| | ) |
| HUDSON HIGH SCHOOL | ) |
| CONSERVATIVE CLUB, an | ) |
| unincorporated association, | ) |
| | ) |
| JOSEPH T. BOWLER, by and through | ) |
| his father and next friend, STEVEN BOWLER, | ) |
| | ) |
| KIMBERLY A. BOWLER, by and through | ) |
| her father and next friend, STEVEN BOWLER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| JOHN STAPELFELD, in his individual | ) |
| and official capacities as Principal of | ) |
| Hudson High School, | ) |
| | ) |
| DAVID CHAMPIGNY, in his individual | ) |
| and official capacities as Assistant | ) |
| Principal of Hudson High School, | ) |
| | ) |
| Dr. SHELDON BERMAN, in his individual | ) |
| and official capacities as Superintendent of | ) |
| Hudson Public School District, | ) |
| | ) |
| TOWN OF HUDSON, MASSACHUSETTS, and | ) |
| | ) |
| HUDSON HIGH SCHOOL, | ) |
| | ) |
| Defendants. | ) |

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the defendant, Town of Hudson, Massachusetts, and counsel for the defendants, Mia Baron, Esq., hereby certify that they have conferred:

1. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Paul Blazar
Executive Assistant
Town of Hudson
78 Main Street
Hudson, MA 01749

_____
Mia Baron, BBO #663826
**PIERCE, DAVIS & PERRITANO, LLP**
10 Winthrop Square
Boston, MA 02110
(617) 350-0950

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on November 21, 2006.

_____
Mia Baron