IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOWLER, ) | |
| ) | |
| HUDSON HIGH SCHOOL CONSERVATIVE ) | |
| CLUB, an unincorporated association, ) | |
| ) | |
| JOSEPH T. BOWLER, by and through his ) | |
| father and next friend, STEVEN BOWLER ) | |
| ) | |
| KIMBERLY A. BOWLER, by and through ) | |
| her father and next friend STEVEN BOWLER ) | |
| *Plaintiff*s, ) | |
| vs. ) | Case No.  05 CV 11007 PBS |
| ) | |
| JOHN STAPELFELD, in his ) | |
| individual and official capacities as ) | |
| principal of Hudson High School, ) | |
| ) | |
| DAVID CHAMPIGNY, in his individual ) | |
| and official capacities as assistant ) | |
| principal of Hudson High School, and ) | |
| ) | |
| DR. SHELDON BERMAN, in his individual ) | |
| and official capacities as Superintendent of ) | |
| Hudson Public School District, ) | |
| ) | |
| THE TOWN of HUDSON, MASSACHUSETTS ) | |
| ) | |
| THE SCHOOL COMMITTEE OF ) | |
| HUDSON, MASSACHUSETTS ) | |
| ) | |
| HUDSON HIGH SCHOOL, ) | |
| *Defendants*. ) | |
| ) | |

**LOCAL RULE 16.1 CERTIFICATION**

Pursuant to Federal Local Rule 16.1 (D) (3), the plaintiffs and co-counsel for the plaintiffs, Gregory A. Hession J.D. and Douglas McKusick of the Rutherford Institute, hereby certify that they have conferred concerning the full costs of litigation and various alternatives, and to consider resolution of the litigation through use of alternate dispute resolution programs.

Dated this 14th day of December, 2006.

Respectfully submitted,

 /s/ Gregory A. Hession
Gregory A. Hession, Esq.
LAW OFFICES OF GREGORY A. HESSION
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No. 564457

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789