UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

_____
)
CHRISTOPHER BOWLER, HUDSON HIGH )
SCHOOL CONSERVATIVE CLUB, an )
unincorporated association, JOSEPH T. BOWLER, )
and KIMBERLY A. BOWLER, by and through )
her father and next friend, STEVEN BOWLER, )
    Plaintiffs, )
)
vs. )
)
JOHN STAPELFELD, DAVID CHAMPIGNY, )
DR. SHELDON BERMAN, TOWN OF HUDSON, )
MASSACHUSETTS and HUDSON HIGH )
SCHOOL, )
    Defendants. )
_____)

**STIPULATION OF DISMISSAL**

    The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that Count II of plaintiffs' Second Amended Complaint *only* shall be dismissed with prejudice and without costs, waiving all rights of appeal.

| | |
|---|---|
| The Plaintiffs,<br>CHRISTOPHER BOWLER,   HUDSON<br>HUDSON HIGH SCHOOL CONSERVATIVE<br>CLUB, JOSEPH T. BOWLER and<br>KIMBERLY A. BOWLER, by and through<br>her father and next friend, STEVEN BOWLER, | The Defendants,<br>JOHN STAPELFELD, DAVID<br>CHAMPIGNY, DR. SHELDON<br>BERMAN, TOWN OF HUDSON,<br>MASSACHUSETTS and HUDSON HIGH<br>SCHOOL, |
| By their attorneys,<br>LAW OFFICES OF GREGORY A. HESSION | By their attorneys,<br>PIERCE, DAVIS & PERRITANO, LLP |
| /s/Gregory A. Hession, J.D.<br>_____<br>Gregory A. Hession, J.D., BBO #564457<br>172 Thompson Street<br>Springfield, MA 01109<br>(413) 746-3333 | /s/John J. Davis<br>_____<br>John J. Davis, Esq., BBO #115890<br>10 Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

Date:   March 21, 2007

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by electronic mail on this 21st day of March, 2007.

/s/John J. Davis
_____

John J. Davis, Esq.