UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER,<br>    Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES**

The defendants hereby move to extend the current summary judgment deadlines in the above-captioned matter by an additional fourteen (14) days. As grounds therefor, the defendants state as follows:

1. Plaintiffs' Second Amended Complaint was filed on October 23, 2006. Defendants filed their Answer to plaintiffs' Second Amended Complaint on November 2, 2006.

2. The parties have engaged in written discovery. Specifically, the defendants served Interrogatories upon the plaintiffs, Christopher Bowler and the Hudson High School Conservative Club ("HHSCC"), as well as a Request for the Production of Documents upon the HHSCC. The defendants also noticed and conducted the depositions of (1) the plaintiff,

Christopher Bowler;[1] (2) the plaintiff, Joseph Bowler; (3) the plaintiff, Kimberly Bowler; and (4) non-party witness, James Melillo.  The deponents are all currently students (high school and college) and, therefore, counsel for the parties worked cooperatively to coordinate deposition dates around the witnesses' school calendars.

      3.  Discovery is now complete.  However, two deponents – Christopher Bowler and James Melillo – require additional time within which to review and sign their deposition transcripts.

      4.  On March 21, 2007, the parties stipulated to the dismissal of Count II of plaintiffs' Second Amended Complaint seeking recovery under M.G.L. c. 12, § 11I, the Massachusetts Civil Rights Act.

      5.  The defendants intend to move for summary judgment on the remaining Counts of plaintiffs' Second Amended Complaint.  Before they may do so, however, the parties must await receipt of signature pages and errata sheets (if any) from Christopher Bowler and James Melillo.

      6.  Counsel for the parties have conferred regarding the need for the deponents to expeditiously return their signature pages and errata sheets (if any).  Consequently, no further extension of the summary judgement deadlines is anticipated.

      WHEREFORE, the defendants respectfully request that this Court extend the current summary judgment deadlines as follows:

      A.      Deadline for filing motions for summary judgment shall be extended to **April 11, 2007**; and

---

[1] Christopher Bowler testified both individually and as the Fed. R. Civ. P. 30(b)(6) designee of the HHSCC.

      B.      Deadline for filing oppositions to motions for summary judgment shall be extended to **May 1, 2007**.

A hearing on motions for summary judgment is currently scheduled to be held on **May 10, 2007 at 2:00 p.m.**  The defendants do not, by this Motion, seek a continuance of that hearing date, but nonetheless remain willing to attend a summary judgment hearing at a later date convenient for the Court should the Court choose to continue the same in light of the extended filing deadlines.

          Respectfully submitted,

          The Defendants,
          JOHN STAPELFELD, DAVID CHAMPIGNY,
          DR. SHELDON BERMAN, TOWN OF HUDSON
          and HUDSON HIGH SCHOOL,

          By their attorneys,
          **PIERCE, DAVIS & PERRITANO, LLP**

          /s/
          _____
          John J. Davis, Esq., BBO #115890
          10 Winthrop Square
          Boston, MA 02110
          (617) 350-0950

## CERTIFICATE OF COMPLIANCE

      Counsel for the defendants, John Stapelfeld, David Champigny, Dr. Sheldon Berman, the Town of Hudson and Hudson High School, hereby certifies that he conferred with plaintiffs' counsel on March 21, 2007 and attempted in good faith to resolve or narrow the issues raised herein in compliance with Local Rule 7.1(A)(2).  Based on that conference, it is defense counsel's understanding that plaintiffs' counsel will either join in this Motion or is not opposed to it.  However, due to the looming deadlines, and because defense counsel cannot immediately reach plaintiffs' counsel, this Motion is being filed as defendants' Motion only.

          /s/
Date: March 23, 2007      _____
          John J. Davis, Esq.

-4-

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 23, 2007.

      /s/
      _____
      John J. Davis, Esq.