UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

CHRISTOPHER BOWLER, HUDSON HIGH )
SCHOOL CONSERVATIVE CLUB, an )
unincorporated association, JOSEPH T. BOWLER, )
and KIMBERLY A. BOWLER, by and through )
her father and next friend, STEVEN BOWLER, )
    Plaintiffs, )
 )
vs. )
 )
JOHN STAPELFELD, DAVID CHAMPIGNY, )
DR. SHELDON BERMAN, TOWN OF HUDSON, )
MASSACHUSETTS and HUDSON HIGH )
SCHOOL, )
    Defendants. )

**DEFENDANTS' MOTION FOR LEAVE TO FILE**
**MEMORANDUM IN EXCESS OF TWENTY (20) PAGES**

This is an action in which the plaintiffs seek to recover against the Town of Hudson, Hudson High School, and various public school officials for the alleged violation of plaintiffs' civil rights. Specifically, plaintiffs' claims arise out of defendants' conduct in prohibiting a non-curriculum related student group from listing a website address on its posters – posters displayed on hallway walls and bulletin boards throughout Hudson High School – containing links to five realtime, gruesome videos, in color and with sound, of terrorists beheading hostages. The plaintiffs allege that the defendants violated plaintiffs' rights (1) of free speech as guaranteed under the First Amendment to the United States Constitution; (2) to equal access and a fair opportunity to use a limited public forum, as protected under the Equal Access Act, 20 U.S.C. § 4071; (3) of free expression, as protected under the Massachusetts Education Reform Act,

M.G.L. c. 71, § 82; (4) to equal protection, as guaranteed under the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution; and (5) to equal protection, as guaranteed under the Massachusetts Constitution.

Pursuant to this Court's Order of March 27, 2007, granting the Parties' Joint Motion to Extend Summary Judgment Deadlines, the parties must file motions for summary judgment (and related materials) on or before April 11, 2007. The defendants intend to file a timely Motion for Summary Judgment (and related materials). Due, however, to the number and complexity of the constitutional and statutory issues raised in plaintiffs' Second Amended Complaint, the defendants believe the twenty-page limit on supporting memoranda provided in Local Rule 7.1(B)(4) may be insufficient to adequately set forth the defendants' positions. Defendants, therefore, seek leave of this Court to file a Memorandum in Support of their Motion for Summary Judgment that is in excess of twenty (20) pages, but not greater than thirty (30) pages.

Counsel for plaintiffs has indicated he will not oppose Defendants' Motion For Leave to File Memorandum in Excess of Twenty (20) Pages.

WHEREFORE, the defendants hereby move, pursuant to Local Rule 7.1(B)(4), for leave of this Court to file a memorandum supporting defendants' Motion for Summary Judgment in excess of twenty (20) pages, but not to exceed thirty (30) pages.

Respectfully submitted,
The Defendants,

JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, TOWN OF HUDSON, MASSACHUSETTS, and HUDSON HIGH SCHOOL,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**


/s/ John J. Davis
_____
John J. Davis, Esq., BBO # 115890
Mia Baron, Esq., BBO # 663826
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

Dated: April 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April10, 2007.

/s/ John J. Davis
_____
John J. Davis, Esq.