UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER,<br>    Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ELLEN SCHUCK

I, Ellen Schuck, hereby depose and aver as follows:

1. I am the Technology Director of the Hudson Public Schools, a position I have held since 1999.

2. As Technology Director, I am responsible for monitoring and filtering the web content on all computers within the Hudson Public School system.

3. In total, 435 computers are accessible to Hudson High School (hereinafter "HHS") students: (i) HHS has three instructional labs where any teacher can take students to integrate technology into HHS' core curriculum; (ii) there are six additional computer labs where computer courses are conducted; (iii) there are 30 computers in the library available for student use at any time; and (iv) there are two to three computers in each

        HHS classroom.

4. If I learn of a website or internet address containing pornographic, excessively violent or graphic images or material, I typically block access to such images or material from all Hudson Public School computers by means of filters on the computer servers.

5. I became aware of the HSCCA website on Monday, December 6, 2004 through an email I received from a teacher at HHS.

6. The HHS teacher indicated in his email to me that the posters posted by the Hudson High School Conservative Club (hereinafter "the Club") listed a website with several links to violent and brutal beheadings.

7. The HHS teacher asked me to look at the website in question, the homepage of the High School Conservative Club of America (hereinafter "HSCCA"), at http://www.hscca.org, to determine whether access to it should be blocked.

8. Despite its violent content, Hudson Public Schools' filtering software had not automatically blocked access to the HSCCA website.

9. On Monday, December 6, 2004, I visited the HSCCA website from a HHS computer and accessed one of the five beheading videos listed under the "Islam: A Religion of Peace?" heading. Because the heading was prominently featured at the top of the HSCCA homepage, I easily found the beheading videos within moments after clicking to the website.

10. As I watched and listened to the beheading video, I began to tremble and cry. I had never seen such genuine, gruesome or frightful violence on the internet or, indeed, anywhere else. Because I understood the video to be a recording of an actual execution, I found it

both shocking and horrifying.

11. I became extremely upset due to the high level of violence contained in the beheading video. Most alarming to me were the manner in which the victim was killed; the anonymity and cold-bloodedness of the hooded executioners; the sounds of the victim as he was killed; the amount of blood shown; the close-up images of the fatal wound, the severed head and the lifeless body; and the length of the video. It seemed to go on and on. When the video was finally over, I felt angry, helpless and sad. I was still crying and trembling.

12. On December 6, 2004, immediately after watching the beheading video, I blocked access to the HSCCA website from all Hudson Public School computers.

13. On either December 6, 2004 or December 7, 2004, I went to Mr. Champigny's office to inform him of the graphic nature of the beheading video.

14. Still shaking and upset, I told Mr. Champigny that the video I had just watched on the HSCCA website was extremely violent and wholly inappropriate in a school setting.

15. I believed that students, if they viewed even a portion of one of the beheading videos, would likely be profoundly affected by the level of violence, and could experience psychological injury or trauma as a result.

16. I further believed that students who viewed even a portion of one of the beheading videos while in school would be so disturbed or traumatized by the violent images and sounds that they would likely be distracted from their studies and other scheduled activities, thereby disrupting the normal flow of learning at HHS.

17. Further, I believed that, as disturbing as the beheading video was for me as an adult, it

would likely be even more shocking and potentially harmful for students, particularly those as young as twelve, thirteen and fourteen years of age.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF APRIL, 2007.

_____
Ellen Schuck