UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

|  |  |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER, <br> Plaintiffs, <br><br> vs. <br><br> JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF JOHN J. DAVIS**

I, John J. Davis, hereby depose and aver as follows:

1. I am an attorney in good standing licensed to practice law in the Commonwealth of Massachusetts, in the State of Rhode Island, in the United States District Court for the District of Massachusetts and in the United States Court of Appeals for the First Circuit. I am a partner in the law firm of Pierce, Davis & Perritano, LLP, Ten Winthrop Square, Boston, MA 02110.

2. In June 2005, I was retained to represent the named individuals, John Stapelfeld, Dr. Sheldon Berman and David Champigny, as defendants in the above-captioned matter. In October 2006, after the filing of plaintiffs' Second Amended Complaint, I was also retained to represent the defendants, the Town of Hudson and Hudson High School.

3. In October 2006, I directed an employee of Pierce, Davis & Perritano, LLP, to

download video images from the High School Conservative Clubs of America (HSCCA) website (www.hscca.org) onto a CD. Attached hereto as Exhibit "A" is a CD containing two video images downloaded from the HSCCA website on October 12, 2006, and a third video image downloaded from the HSCCA website on November 10, 2006. The videos on Exhibit "A" are true and accurate copies of three videos that appeared on the HSCCA website.

4. All three videos are in color. All three videos are accompanied by sound.

5. On March 20, 2007, I watched the three videos on Exhibit "A."

6. The first video is fifty-seven seconds long. (00:00 - 00:57). It depicts five hooded men dressed in black standing in front of an interior wall. Posted on the wall is a black banner with an inscription. Four of the hooded men are armed with rifles. The fifth hooded man (standing in the center) holds a sheet of paper. In front of the hooded men kneels a bound and blindfolded man dressed in an orange jumpsuit. The man holding the paper speaks for eight seconds (00:00 - 00:08), then hands the paper to the man to his right and approaches the kneeling man with a knife. As he does so, the kneeling man falls on to his left side. The hooded speaker begins cutting the victim's throat with the knife, while another man holds the victim's head and face in his hands. Screaming, followed by hoarse rasping, is heard for the next thirty seconds. (00:08 - 00:38). A great deal of blood is visible. One of the hooded men then uses a longer knife to sever the victim's spinal column. The severed head is then lifted from the body and placed on the victim's chest. The camera zooms in on the severed head. The eyes are open and the head is covered in blood. One of the hooded men lifts the head from the victim's chest and holds it aloft at a height of approximately five feet. The video ends.

7. The second video is forty-eight seconds long. (00:00 - 00:48). It depicts five hooded

men dressed in khaki and green military attire standing in front of an interior wall. Three or four

of the hooded men are armed with rifles. The fifth hooded man holds a sheet of paper. In front

of the hooded men kneels a bound and blindfolded man dressed in an orange jumpsuit. The man

holding the paper speaks for nine seconds (00:00 - 00:09), then approaches the kneeling man.

Using a knife, the speaker cuts through the neck of the kneeling man while two other hooded

men hold him down. As the camera moves to record the scene, the image blurs. Chanting is

heard. The severed head of the victim is then held aloft by the victim's hair. Blood, tissue and

other matter hangs and drips from the neck. The camera zooms in to show a profile of the

severed head. The severed head is then placed on the victim's chest. The camera zooms in

again. The video ends.

    8.  The third video is four minutes, twelve seconds long. (00:00 - 04:12). The video is in

two parts. The first part shows a beheading. The second part shows the sequential execution by

rifle – either one-by-one or two-by-two – of ten men.

    9.  The first part of the third video begins with the live image of a bound and blindfolded

man lying on the ground on his left side. He is bare-chested and wearing black jeans. (00:00 -

00:07). After seven seconds, a man wearing boots and camouflaged military-style pants squats

beside the blindfolded man and begins cutting into the right side of the victim's throat with a

knife. The knife measures approximately twelve inches in length. Sounds of crying and gurgling

are heard. Within seconds, a large wound is open on the right and front of the victim's neck.

The executioner pushes the victim's chin back to gain a better angle. Cutting sounds are audible.

After five seconds of cutting, a pool of blood is visible in the sand. (00:07 - 00:12). The camera

zooms in on the partially-severed head as the executioner stops cutting. (00:18 - 00:27). The

victim, still alive, lies on his back gasping. Whistling is heard from the victim's throat as he attempts to inhale. Skin from the victim's open neck wound flaps in and out with each attempted breathe. (00:27 - 00:36). The executioner then resumes cutting. A pool of blood approximately three feet wide spreads under the victim's head and shoulders. (00:36 - 00:42). The executioner completes the beheading, lifts the severed head free from the body and displays it for the camera. He then drops it on the sand from a height of four to five feet. The camera zooms in on the severed head resting face-up on the sand. The camera next zooms in on the headless torso, the victim's shoulders and neck, and the pool of blood. The camera pans around to show the headless torso from two or three other angles. Blood is seen flowing from the victim's neck. (00:42 - 01:11). The head is lifted and placed on the chest. It tips back as if about to roll off, then settles facing skyward. The camera zooms in on the severed head. (01:11 - 01:31).

10.    Part two of the third video begins with a bound man lying prone on the sand. He is immediately shot twice by an off-camera gunman. The video continues with a series of five similar executions of bound victims who are each laid prone – sometimes singly, sometimes in pairs – beside the bodies of their predecessors, then shot and killed by a gunman or gunmen. The weapons are fired from close range. Occasionally, a spray of blood is visible from an inflicted wound. The gunshots are audible. Each victim is shot one to three times. Toward the close of the video, the camera pans over the ten slain victims shown side-by-side on the sand. (01:35-03:37). A speaker reads a statement. Unknown words appear at the bottom of the screen (in

white lettering on a red field) while the voice-over continues speaking.  The ten victims remain

visible in the background during the closing statement.  The video ends.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS __11__ DAY OF
APRIL, 2007.

John J. Davis