1

# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

05-11007 PBS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CHRISTOPHER BOWLER,                              \*
                                                 \*
HUDSON HIGH SCHOOL CONSERVATIVE CLUB,            \*
an unincorporated association,                   \*
                                                 \*
JOSEPH T. BOWLER,                                \*
                                                 \*
KIMBERLY A. BOWLER, by and through her           \*
father and next friend, STEVEN BOWLER            \*
                Plaintiffs,                       \*
                                                 \*
vs.                                              \*
                                                 \*
JOHN STAPELFELD, in his individual and           \*
official capacities as Principal of             \*
Hudson High School,                              \*
                                                 \*
DAVID CHAMPIGNY, in his individual and           \*
official capacities as Assistant                 \*
Principal of Hudson High School,                 \*
                                                 \*
DR. SHELDON BERMAN, in his individual            \*
and official capacities as                       \*
Superintendent of Hudson Public School          \*
District,                                        \*
                                                 \*
TOWN OF HUDSON, MASSACHUSETTS, and               \*
                                                 \*
HUDSON HIGH SCHOOL,                              \*
                Defendants.                       \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

                Deposition of CHRISTOPHER S. BOWLER,
taken on behalf of the Defendants, pursuant to
Notice under the Federal Rules of Civil
Procedure, before Janice A. Maggioli, RPR, RMR,

53

```
 1   Q.   What information was on the posters?

 2   A.   It advertised James and I as the president and

 3        vice-president and showed Hudson High School

 4        Conservative Club and said please come to our

 5        meeting on the date, and then it advertised the

 6        Web site on the bottom saying that we were

 7        affiliated with a national group.

 8   Q.   How far in advance of the first meeting did you

 9        put up the posters?

10   A.   I believe it was a few weeks.

11   Q.   Were the posters, in fact, put up before the

12        club -- your club had had its first meeting?

13   A.   Excuse me, rephrase that.

14   Q.   Sure.  You said that the posters were put up on

15        November 12, 2004.

16   A.   Yes.

17   Q.   As of November 12, 2004, had your club had any

18        meetings yet?

19   A.   No.

20   Q.   So the posters were put up to advertise the

21        first meeting of the club?

22   A.   Yes.

23   Q.   Was that going to be something in the nature of

24        an organizational meeting?
```

55

1   Q.   And why did you do that?

2   A.   Because I wanted people to see what we believed

3        in, how we -- that we were trying to be

4        professional as an organization.

5   Q.   Was your organization a member of HSCCA?

6   A.   By this time, yes.

7   Q.   When did your organization join HSCCA?

8   A.   I believe in October of 2004.

9   Q.   And how did your organization go about joining

10       HSCCA?

11  A.   I contacted Tim Bueler and asked him if we could

12       be a member of his club, and he said yes.  I

13       believe on the Web site it says that we were

14       officially recognized in December of 2004, but

15       it was, indeed, October 2004 that we became

16       affiliated with them.

17  Q.   Did you view the HSCCA Web site before you made

18       the posters?

19  A.   Yes.

20  Q.   Did you view the videos of the beheadings on the

21       HSCCA Web site?

22  A.   I did not view the beheadings.

23  Q.   Do you know how many videos of the beheadings

24       were on the Web site?

56

1   A.   Yes.

2   Q.   How many?

3   A.   Five, or about five.

4   Q.   Do you know how long each video lasted?

5   A.   No.

6   Q.   Why didn't you view them?

7   A.   I had already personally seen one a year before

8        that, I believe, and felt no need to see

9        anymore.

10  Q.   At some point your link on the posters to the

11       national Web site became controversial; is that

12       fair to say?

13  A.   Yes.

14  Q.   And at some point you were told -- your club was

15       told to remove the -- that link or that

16       reference to the Web site from your posters?

17  A.   Yes.

18  Q.   And at some point you were told that the reason

19       that you had to remove the link was because

20       the -- because of the graphic nature of the

21       beheading videos?

22  A.   That was a very small part of the reason we were

23       told the first time.

24  Q.   At -- I know you believe that there are other

57

1          reasons.

2     A.    Yes.

3     Q.    But at some point someone told you that the

4           videos were too graphic?

5     A.    Yes.

6     Q.    And after you were told that, did you go and

7           look at the videos at that point in time?

8     A.    No.

9     Q.    And why didn't you look at them then?

10    A.    Because, as I already stated, I had already seen

11          one and I felt that was enough.

12    Q.    And the one that you saw, was it graphic?

13    A.    Yes.

14    Q.    Was it in color?

15    A.    Yes.

16    Q.    How long did it last?

17    A.    I believe it was about a minute or two.

18    Q.    Was there sound?

19    A.    Yes.

20    Q.    Was it gruesome?

21    A.    It was.

22    Q.    Was it somebody who was bound and tied and

23          having their head removed by a knife?

24    A.    Yes.

58

1  Q.   And were you disturbed by looking at that?

2  A.   Yes.

3  Q.   Did you have any nightmares after looking at

4       that?

5  A.   No.

6  Q.   Where did you see that video?

7  A.   I do not remember that Web site's name at this

8       time.

9  Q.   But that was about a year before?

10 A.   Yes.

11 Q.   So it would have been sometime either early 2004

12      or sometime in 2003?

13 A.   Yes.

14 Q.   You're the oldest of six children, correct?

15 A.   Seven.

16 Q.   Seven, I'm sorry.  Did you show that video to

17      any of your younger siblings?

18 A.   I did not.

19 Q.   Is there any reason you didn't show it to any of

20      your younger siblings?

21 A.   I wanted to personally experience it myself.

22 Q.   Did you show it to anyone?

23 A.   No.

24 Q.   Do you know if your parents ever saw that video?

1           during that ten-minute meeting.

2   A.      All right.  He started out by saying that he

3           supported the idea of the Conservative Club, but

4           that some of the content that we had gotten

5           ourselves into was offensive to some of the

6           teachers who had viewed the Web site.

7                       He said that teachers were

8           offended by take down the rainbow flag, put up

9           the American flag, and learn the Pledge of

10          Allegiance because they claimed it was an

11          anti-gay attack.  They also said that because it

12          supported the Second Amendment, which is gun

13          rights, that it was promoting people to own

14          guns, which would, in turn, cause violence.

15                      There was also a 12-Step Liberal

16          Recovery Program that they said they found it to

17          be offensive to liberals.  It also stated that

18          they were against the NEA, and that they were in

19          favor of abolishing it, and the teachers said

20          that they found that offensive.

21  Q.      What's the NEA?

22  A.      National Education Association, the teachers

23          union, and public schools, and they were

24          offended by the traditional marriage point of

63

```
 1        view, and they said it discriminated against

 2        gays, and then, finally, he said that the videos

 3        on the Web site were very graphic, and teachers

 4        did not want students to witness that.

 5   Q.   Anything else that he said that you can recall?

 6   A.   I asked him if we could have our posters back,

 7        and he said as long as we crossed out HSCCA.

 8        When I counted the posters, not all of them were

 9        there, and the way that we wrote the Web site on

10        our posters it would have destroyed the poster

11        completely, so there would have been no point in

12        even hanging them back up.

13   Q.   Do you recall anything more about the discussion

14        during that ten-minute meeting?

15   A.   I do not.

16   Q.   Did you take any notes during the meeting?

17   A.   I do not believe I took notes during the meeting

18        while I was present.

19   Q.   Did you write some notes up later?

20   A.   I believe I did.

21   Q.   What did you do with those notes?

22   A.   I believe that they are in this document.

23   Q.   Do you have any other -- other than this

24        document, do you have any notes of the meeting?
```

67

1    A.    On the walls in the hallways.

2    Q.    Is there a particular location in the school

3          where student groups or organizations typically

4          post notices or posters?

5    A.    I put them up along with other posters that were

6          hanging on the walls.

7    Q.    And the walls, are those in areas that are

8          accessible to all students in the high school?

9    A.    Yes.

10   Q.    So 8th and 9th grade students would see them, as

11         well?

12   A.    Yes.

13   Q.    Were any posters hung in any classrooms?

14   A.    No.

15   Q.    Were any posters hung in any lunchroom or the

16         gymnasium or anything like that?

17   A.    There may have been one that was hung next to

18         the cafeteria lunch area.

19   Q.    And is that a lunch area that is used by 8th and

20         9th grade students?

21   A.    Yes.

22   Q.    Did you have any discussion with Mr. Champigny

23         during that ten-minute meeting about the videos,

24         the beheading videos?

89

1    Q.    Were there any subjects or topics that she

2          suggested your club should not discuss?

3    A.    I do not know -- I don't remember if it was at

4          this meeting in particular, but she had stated

5          that she did not want us to be affiliated with

6          the Web site because she believed it promoted

7          violence.

8    Q.    At some point that was an opinion that she

9          expressed to you?

10   A.    Yes.

11   Q.    Did she tell you how she thought the Web site

12         promoted violence?

13   A.    I do not remember what she said.

14   Q.    Did she reference the videos of the beheadings?

15   A.    I believe she referenced that and stated that

16         because most of the positions were opinions and

17         not fact, that we should not be affiliated with

18         such a group.

19   Q.    Did Mr. Stapelfeld help you to find a faculty

20         advisor?

21   A.    He suggested people to go to.

22   Q.    Do you recall who he suggested?

23   A.    He suggested Mr. Sacco.  He suggested Mrs.

24         Somerville, who I believe we had already talked

90

1       to at that point, but she had refused -- not

2       refused, sorry, she had to think about whether

3       she wanted to be our sponsor or not.

4  Q.   Did he suggest anybody else?

5  A.   He did.

6  Q.   Who?

7  A.   I do not remember the names.  Those were the

8       half dozen or so teachers that I mentioned in my

9       Exhibit A.

10  Q.   Did he take any steps that you're aware of to

11       prevent formation of your club?

12  A.   Not that I'm aware of.

13  Q.   Did he in any way discourage you from forming

14       the club?

15  A.   He did express that he wished our club to be

16       neutral on issues.

17  Q.   When did he tell you that?

18  A.   It was the meeting where we asked him if he

19       could help us find a sponsor for our club.

20  Q.   Do you recall the time frame when that meeting

21       was?

22  A.   I believe it was sometime before the first

23       meeting, but after the posters had been taken

24       down.

91

1    Q.    Did he encourage you to form the club?

2    A.    He stated that he believed it was a great idea

3          to get involved politically.

4    Q.    And you took that as some encouragement to form

5          the club?

6    A.    I did not, only because he was in support of

7          taking down the posters.

8    Q.    Well, the posters were not taken down until

9          after you had already formed the club, correct?

10   A.    Yes.

11   Q.    So before you formed the club, did Mr.

12         Stapelfeld encourage you in any way to form the

13         club?

14   A.    As I had stated, he expressed his opinions

15         stating that he was glad that we were getting

16         involved politically.

17   Q.    And was that a statement that he made to both

18         you and James?

19   A.    Yes.

20   Q.    Did you ever talk to Mr. Champigny about forming

21         the club before you actually formed the club?

22   A.    No.

23   Q.    Did you ever speak to the superintendent, Dr.

24         Berman, about forming the club before you

1              actually formed the club?

2    A.       No.

3    Q.       And other than the removal of the reference to

4             the Web site on the posters, were you ever told

5             by any school officials that there was other

6             information that you could not put on the

7             posters?

8    A.       Yes.

9    Q.       What else did they tell you that you could not

10            put on the posters?

11   A.       Anything that was threatening or violent.

12   Q.       Anything else?

13   A.       Not that I'm aware.

14   Q.       Had you ever put anything that was threatening

15            or violent on the posters?

16   A.       No.

17   Q.       Did anyone at Hudson High School ever tell you

18            when the club could or could not meet?

19   A.       No.

20   Q.       Did Hudson High School provide your club with

21            space to hold a meeting --

22   A.       Yes.

23   Q.       -- to hold meetings?  And what space did the

24            club provide to hold meetings?

1    A.    At first we were given the library after school.

2    Q.    When did you hold meetings?  Immediately after

3          school?

4    A.    15 minutes after school.

5    Q.    How many meetings did you have during the

6          '04/'05 year?

7    A.    I believe we had about six meetings.

8    Q.    And were there other scheduled meetings that you

9          were not allowed to hold other than those six?

10   A.    No.

11   Q.    And did the Hudson High School provide you with

12         a space or classroom or location to hold those

13         six meetings?

14   A.    Yes.

15   Q.    Were you ever told who the club could or could

16         not invite to the meetings?

17   A.    I do not remember.

18   Q.    The club had speakers from time to time?

19   A.    Yes.

20   Q.    And I believe the club had two speakers during

21         that year?

22   A.    Yes.

23   Q.    Did the club ever arrange or engage anyone else

24         to come as a speaker other than those two?

94

1   A.   We tried, yes.

2   Q.   Who else did you try to get as a speaker?

3   A.   I don't remember exactly who, but it was a

4        politician.

5   Q.   And why is it that politician did not come to

6        the school to speak?

7   A.   Excuse me, it was Don Feder who we tried to get

8        to come.

9   Q.   And why is it Mr. Feder did not come to the

10       school to speak?

11  A.   Because as a new club, we did not have a lot of

12       money, and he wasn't willing to take a low sum.

13  Q.   So you were going to have to pay him to come as

14       a speaker?

15  A.   Yes.

16  Q.   And the club didn't have the resources to pay

17       for Mr. Feder's appearance?

18  A.   Yes.

19  Q.   Were you ever told by anyone at Hudson High

20       School that Mr. Feder could not come to speak?

21  A.   No.

22  Q.   Were you ever told by Hudson High School that

23       either of the two speakers that you had could

24       not come to Hudson High School?

95

1    A.    No.

2    Q.    Did you ever propose or did the club ever

3          propose another speaker that the club told you

4          you couldn't -- that the school told you you

5          could not have?

6    A.    No.

7    Q.    Did any school officials ever tell you or the

8          club that there were subjects or topics that you

9          could not discuss in your club?

10   A.    Not that I remember.

11   Q.    Did anyone at the school ever tell you that

12         there were programs or activities that the club

13         could not engage in or sponsor at Hudson High

14         School?

15   A.    Not that I'm aware of.

16   Q.    Did anyone -- strike that.

17                    Other than the posters that you

18         already described, did anyone at the high school

19         ever restrict or limit the materials that the

20         club could distribute?

21   A.    Yes.

22   Q.    How so?

23   A.    Our club had a banner given to us by HSCCA, and

24         it had a Web site on the bottom of it,

1        HSCCA.org, and they told us it was offensive.

2   Q.   Did the club display the banner somewhere in the

3        school?

4   A.   Yes.

5   Q.   Where did the club display the banner?

6   A.   In the library.

7   Q.   When did you hang up the banner in the library?

8   A.   During our meeting.

9   Q.   So was the banner only hung up during meetings?

10   A.   Yes.

11   Q.   And who told you that you could not hang the

12        poster during meetings?

13   A.   Mr. Stapelfeld.  Originally, he told us that he

14        could not make a decision at that time because

15        he had to find out from other authorities

16        whether he could or not or whether we could or

17        not.

18   Q.   So at first you couldn't hang the banner until

19        he looked into it further?

20   A.   Yes.

21   Q.   Is that fair to say?

22   A.   Yes.

23   Q.   And after he looked into it further, did Mr.

24        Stapelfeld get back to you?

97

1   A.   Yes.

2   Q.   And what did he tell you about the banner?

3   A.   He told us that we could hang it up, but that he

4        would receive a lot of flack from teachers for

5        it.

6   Q.   So after he looked into it further, he got back

7        to you and told the club that you could hang

8        your banner?

9   A.   Yes.

10  Q.   And, again -- did you hang the banner again at

11       future club meetings after that?

12  A.   Yes.

13  Q.   And the banner had a reference to the HSCCA Web

14       site on it?

15  A.   Yes.

16  Q.   Other than the posters and that banner, were

17       there any other materials that were restricted

18       or the distribution of any materials that was

19       restricted by the school?

20  A.   No.

21  Q.   Did you ever see the movie "George W. Bush,

22       Faith in the White House"?

23  A.   I have not.

24  Q.   Did you ever see the movie "Schindler's List"?

184

```
 1          and Mr. Forrest?

 2    A.    Yes.

 3    Q.    The last meeting of the club was held April 13,

 4          2005?

 5    A.    Yes.

 6    Q.    Why is it the club met no longer after April 13,

 7          2005?

 8    A.    Because students stopped showing up.

 9    Q.    How many students attended the last meeting on

10          April 13, 2005?

11    A.    Four, not including myself.

12    Q.    Did your brother and sister attend?

13    A.    Yes.

14    Q.    And did James Melillo attend?

15    A.    Yes.

16    Q.    So it was the four of you that attended the

17          final meeting on April 13?

18    A.    I did not include myself in the four.

19    Q.    I'm sorry, so who was the fourth person that

20          attended?

21    A.    The fourth I believe was a teacher.

22    Q.    Do you recall who?

23    A.    I forget her name.  She was a Spanish teacher.

24    Q.    Do you recall how many students attended the
```

185

```
 1        next to last meeting on April 7?
 2   A.   It was about the same number.
 3   Q.   And was it, again, about the same people, as
 4        well?
 5   A.   Yes.
 6   Q.   And how about the meeting a week before that, on
 7        March 30, do you recall how many students
 8        attended that?
 9   A.   There was no more than five.
10   Q.   Do you recall how many students attended the
11        March 9 meeting?
12   A.   About 17.
13   Q.   Did you disband the club after April 13?
14   A.   No.
15   Q.   You just scheduled no further meetings?
16   A.   No.
17   Q.   Did you try to arrange for any further speakers
18        other than Mr. Forrest and Ms. Andrew?
19   A.   I tried, but they were not available.
20   Q.   You mentioned Mr. Feder, correct?
21   A.   Uh-huh.
22   Q.   Other than Mr. Feder, did you try to arrange any
23        others?
24   A.   I believe I tried to arrange for a politician to
```