1

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

05-11007 PBS

```
*********************************************
CHRISTOPHER BOWLER,                           *
                                              *
HUDSON HIGH SCHOOL CONSERVATIVE CLUB,         *
an unincorporated association,                *
                                              *
JOSEPH T. BOWLER,                             *
                                              *
KIMBERLY A. BOWLER, by and through her        *
father and next friend, STEVEN BOWLER         *
              Plaintiffs,                     *
                                              *
vs.                                           *
                                              *
JOHN STAPELFELD, in his individual and        *
official capacities as Principal of           *
Hudson High School,                           *
                                              *
DAVID CHAMPIGNY, in his individual and        *
official capacities as Assistant              *
Principal of Hudson High School,              *
                                              *
DR. SHELDON BERMAN, in his individual         *
and official capacities as                    *
Superintendent of Hudson Public School        *
District,                                     *
                                              *
TOWN OF HUDSON, MASSACHUSETTS, and            *
                                              *
HUDSON HIGH SCHOOL,                           *
              Defendants.                     *
*********************************************
```

Deposition of JAMES L. MELILLO taken on behalf of the Defendants, pursuant to Notice under the Federal Rules of Civil Procedure, before Janice A. Maggioli, RPR, RMR,

1   A.   I believe it was, yes.
2   Q.   And when you say she mentioned specifically the
3        beheading videos, what specifically, as best you
4        can recall, did she say about the beheading
5        videos?
6   A.   I don't know that she -- I don't recall that she
7        said anything more than just mentioning them.
8        She just mentioned them.
9   Q.   Did you ever view the beheading videos on the
10       national Web site?
11  A.   I viewed a few.
12  Q.   Do you know how many there were?
13  A.   I believe there were five.  Only one was
14       actually hosted on the national Web site's
15       server, though.
16  Q.   Do you recall which one that was?
17  A.   I don't.
18  Q.   Do you recall how many you viewed?
19  A.   I believe I viewed two or three.  I think it was
20       two.
21  Q.   Do you know which ones you viewed?
22  A.   I believe I viewed one on Nick Berg.  I don't
23       recall any of the others ones.  I know it was
24       one of them.  I'm not quite sure which one.

```
 1                    MR. DAVIS:  Can you mark that for
 2         me, please?
 3                    (Exhibit 2, HSCCA Web Site Information,
 4              marked for identification.)
 5    Q.   James, I'm showing you a document that has been
 6         marked as Exhibit 2 to today's deposition and
 7         ask you if you recognize that?
 8    A.   Yes, I do.
 9    Q.   And what does that appear to be?
10    A.   That appears to be the High School Conservative
11         Clubs of America national organization front
12         page of the Web site.
13    Q.   And is that the front page of the Web site --
14         the national Web site as it appeared on or about
15         January 7, 2005?
16    A.   It appears to be.
17    Q.   And on the front page is listed -- it appears to
18         be the third listing is captioned "Islam:  A
19         Religion of Peace?;" do you see that?
20    A.   Yes.
21    Q.   And then there is a still photograph of what
22         appears to be three hooded, armed men standing
23         behind a kneeling blindfolded man; do you see
24         that?
```

```
 1   A.   Yes, I do.
 2   Q.   And to the right of that there is a warning?
 3   A.   Uh-huh.
 4   Q.   And then beneath that warning there appear to be
 5        five videos; do you see those?
 6   A.   Yes, I do.
 7   Q.   And you mentioned that one of the videos you
 8        believe you saw was the beheading of Nick Berg,
 9        which is listed as the third video on that list?
10   A.   Yes, I do.
11   Q.   And you said that one of the videos you thought
12        was hosted on the national Web site?
13   A.   One of them was hosted on the national Web site.
14   Q.   Do you know which one of the five videos listed
15        there was hosted on the national Web site?
16   A.   I believe it was one of the middle three, but
17        I'm not sure.  It could have been Nick Berg
18        because I believe that's one of the ones I saw,
19        so.
20   Q.   If it was not hosted on the national Web site,
21        you could click the link, and it would take you
22        to the video as posted on another Web site?
23   A.   Yes.
24   Q.   So did you have any difficulty accessing the two
```

42

```
 1            or three videos that you watched?
 2      A.    I do not believe I accessed them at school
 3            because shortly after we started up our club,
 4            the high school took this and banned this site
 5            from their server.
 6      Q.    The high school computers blocked access to the
 7            HSCCA Web site, correct?
 8      A.    Yes.
 9      Q.    So when you looked at the two or three beheading
10            videos, you did so from your home computer?
11      A.    I believe it was from my separate computer.
12      Q.    Where is your separate computer?
13      A.    I believe it was at a friend's house.  I'm not
14            quite -- I don't quite remember where I saw
15            them, but I remember seeing them from here
16            (Indicating).
17      Q.    And so -- but when you saw them, regardless on
18            what computer you used, when you saw those two
19            or three beheading videos, you did so by
20            accessing the HSCCA.org Web site?
21      A.    For at least one or two of them, yes.  I had
22            seen a few others on other sites.
23      Q.    Before you went to the HSCCA Web site?
24      A.    Yes.
```

| | | |
|---|---|---|
| 1 | Q. | Do you know for how long -- well, strike that. |
| 2 | | Do you know how long the videos |
| 3 | | were that you watched, the two or three that you |
| 4 | | looked at on the HSCCA Web site? |
| 5 | A. | I have a vague recollection of one being about |
| 6 | | two minutes, and I have a vague recollection of |
| 7 | | one being five minutes.  I'm not quite sure, so |
| 8 | | I would say between two and five minutes. |
| 9 | Q. | And can you describe for me what you saw when |
| 10 | | you watched the two-minute video? |
| 11 | A. | I believe that -- it was fairly fuzzy, the |
| 12 | | quality of the video was not anything |
| 13 | | spectacular, but I believe it was a few |
| 14 | | terrorists using I believe what was an axe or |
| 15 | | something, maybe a dulled axe to cut through |
| 16 | | some person's neck. |
| 17 | Q. | Was it in color? |
| 18 | A. | I do not recall. |
| 19 | Q. | Was it accompanied by any sound? |
| 20 | A. | Yes. |
| 21 | Q. | What sounds accompanied the visual images? |
| 22 | A. | Grunting, screaming.  I'm not sure if there were |
| 23 | | actually terrorist voices.  I believe the victim |
| 24 | | used -- tried to say something, probably a |

| | | |
|---|---|---|
| 1 | | message given to them, but I'm not quite sure |
| 2 | | what. |
| 3 | Q. | Would you say it was a violent image that you |
| 4 | | watched? |
| 5 | A. | Yes. |
| 6 | Q. | Was it gruesome? |
| 7 | A. | I would say so. |
| 8 | Q. | Did you find it disturbing or upsetting? |
| 9 | A. | Yes. |
| 10 | Q. | Did it affect you physically? |
| 11 | A. | I do not believe it affected me physically. |
| 12 | Q. | Did it affect you emotionally? |
| 13 | A. | Certainly. |
| 14 | Q. | How did it affect you emotionally? |
| 15 | A. | I just didn't feel as though anyone really |
| 16 | | deserves that kind of treatment, especially a |
| 17 | | fellow American.  Just being an American |
| 18 | | themself creates some sort of bond in my mind |
| 19 | | with the victim, and you can't help but feel for |
| 20 | | their family or whoever they might have left |
| 21 | | behind. |
| 22 | Q. | Other than the feelings you had for the victim |
| 23 | | or the victim's family, did the graphic nature |
| 24 | | of the images affect you? |

```
 1   A.   I don't believe so.
 2   Q.   Did you watch -- well, strike that.
 3             What do you recall about the
 4        five-minute video that you saw?
 5   A.   I believe it was roughly about the same.  I
 6        don't recall watching any beheading video that
 7        was in good quality or was too much outside of
 8        themselves.  What I saw they all seemed to be
 9        about the same, just maybe a different person.
10   Q.   Was the five-minute video also in color?
11   A.   I don't recall.
12   Q.   Was the five-minute video accompanied by sound?
13   A.   Yeah.
14   Q.   Do you recall what the sounds or sound was?
15   A.   I believe it was the same, scuffling, muffled
16        talking, same type of thing as the first, just a
17        little more drawn out.
18   Q.   When you described the first, you said that the
19        video images were accompanied by grunting and
20        screaming?
21   A.   Yeah.
22   Q.   So was the five-minute video also accompanied by
23        sounds of grunting and screaming?
24   A.   Yeah.
```

```
 1   Q.   But more drawn out?
 2   A.   Yeah.
 3   Q.   So instead of two minutes of sound, there was
 4        more like five minutes of sound?
 5   A.   Yes.
 6   Q.   Did the five-minute video that you watched
 7        affect you physically?
 8   A.   No.
 9   Q.   Was it gruesome and graphic, as well?
10   A.   I felt so, yes.
11   Q.   Was it disturbing and upsetting, as well?
12   A.   Yes.
13   Q.   Did it affect you emotionally?
14   A.   In the sense that I was disturbed about it, yes.
15   Q.   And other than the sympathy that you felt by
16        watching the video for the victim and his
17        family, did it affect you emotionally in any
18        other way?
19   A.   I believe I felt frustrated.  I can't -- I
20        couldn't do necessarily anything about it.  It
21        was kind of just a byproduct of what was
22        happening at the time, and it was remarkably
23        sad.
24   Q.   Do you recall when you watched the two or three
```

| | | |
|---|---|---|
| 1 | Q. | Did Mr. Sacco mention any of his other duties |
| 2 | | and responsibilities at the time? |
| 3 | A. | No, he did not. |
| 4 | Q. | Were you aware that Mr. Sacco had other duties |
| 5 | | and responsibilities in addition to his teaching |
| 6 | | responsibilities at the time you asked him to |
| 7 | | serve as faculty advisor? |
| 8 | A. | Yes, I did. |
| 9 | Q. | Do you know what some of his other duties and |
| 10 | | responsibilities were? |
| 11 | A. | Well, I knew at the time he was the cluster |
| 12 | | president of my cluster, which was the Business, |
| 13 | | Education, and Technology Cluster in the Hudson |
| 14 | | High School, and I knew that in the past anyway. |
| 15 | | I didn't -- I don't know about that year, but in |
| 16 | | the past he had overseen the trip to Spain that |
| 17 | | happened every spring. |
| 18 | Q. | Do you know what Mr. Sacco's time commitment was |
| 19 | | to serve as cluster president? |
| 20 | A. | I do not know. |
| 21 | Q. | Do you recall when it was that you asked Mr. |
| 22 | | Sacco to serve as faculty advisor? |
| 23 | A. | Late October, maybe a little after that. It was |
| 24 | | around that time. |

1  Q.   Late October, early November?
2  A.   Yeah.
3  Q.   So it was roughly two months into the school
4       year?
5  A.   Yeah.
6  Q.   And why is it that you and Chris waited roughly
7       two months into the school year before
8       approaching anyone about being faculty advisor
9       for the club?
10 A.   Well, I didn't even know Chris until my senior
11      year in high school, and so the first week or
12      two we discovered we were in two classes
13      together, and that we shared a lot of
14      viewpoints, and we became friends, and it took a
15      couple of weeks for that to happen, and then it
16      took a couple of weeks to decide what we wanted
17      to do about what we saw in the school, and then
18      after that, we had to figure out how -- the
19      means of how to go about starting a Conservative
20      Club, which is when we found the HSCCA.
21 Q.   So, by the time you did all of those things you
22      have just described, it was now late October or
23      early November of 2004?
24 A.   Yeah, about that time.

Case 1:05-cv-11007-PBS    Document 48    Filed 04/11/2007    Page 12 of 17

70

| | | |
|---|---|---|
| 1 | | was a long time ago. |
| 2 | Q. | And other than writing, were there any images on |
| 3 | | the posters? |
| 4 | A. | There were no images. |
| 5 | Q. | Do you have possession of any of the posters |
| 6 | | today? |
| 7 | A. | I do not. |
| 8 | Q. | You said that the posters also reflected that |
| 9 | | your club was affiliated with HSCCA.org. |
| 10 | A. | Yes, it did. |
| 11 | Q. | So the Web site for the national organization |
| 12 | | also appeared on the posters? |
| 13 | A. | Yes, it did. |
| 14 | Q. | Did it appear on all ten posters? |
| 15 | A. | I believe it did. |
| 16 | Q. | Did you help to hang the posters? |
| 17 | A. | I did. |
| 18 | Q. | And where did you hang the posters? |
| 19 | A. | We tried to hang them in places where the most |
| 20 | | amount of people would see them, so there were a |
| 21 | | bunch of areas in the hallways, which are |
| 22 | | unavoidable for every student in the whole high |
| 23 | | school, and we hung them up in those areas. |
| 24 | Q. | And when you referred to every student in the |

|    |    |                                                                              |
|----|----|------------------------------------------------------------------------------|
| 1  |    | high school, are you referring, as well, to 8th                              |
| 2  |    | and 9th grade students?                                                      |
| 3  | A. | Yes.                                                                         |
| 4  | Q. | Other than the hallways, did you and Chris hang                              |
| 5  |    | the posters anywhere else at Hudson High School?                             |
| 6  | A. | No.                                                                          |
| 7  | Q. | Did you post any posters outside of Hudson High                              |
| 8  |    | School?                                                                      |
| 9  | A. | No.                                                                          |
| 10 | Q. | Did the posters also reflect when the club would                             |
| 11 |    | meet or where the club would meet?                                           |
| 12 | A. | It did say that the club would meet in the                                   |
| 13 |    | library on whatever day the first meeting was,                               |
| 14 |    | sometime in November I think it was.                                         |
| 15 | Q. | Do you recall when it was you hung these posters                             |
| 16 |    | for the first time?                                                          |
| 17 | A. | We hung them on a Friday.  Other than that, it                               |
| 18 |    | was late October, early November.  As soon as we                             |
| 19 |    | found an advisor, it was that Friday.                                        |
| 20 | Q. | So it was shortly after Mrs. Somerville had                                  |
| 21 |    | agreed to serve as the faculty advisor?                                      |
| 22 | A. | Yes.                                                                         |
| 23 | Q. | At some point did Mrs. Somerville quit or retire                             |
| 24 |    | her position as faculty advisor?                                             |

|   |    |                                                                       |
|---|----|-----------------------------------------------------------------------|
| 1 |    | questions were also welcome, and so they weren't                      |
| 2 |    | necessarily interrupting.  They were asking                           |
| 3 |    | legitimate questions, which we answered.                              |
| 4 | Q. | And one of the faculty members that attended                          |
| 5 |    | that first meeting and asked some legitimate                          |
| 6 |    | questions was Mr. Daniels?                                            |
| 7 | A. | Yes.                                                                  |
| 8 | Q. | And did Mr. Bousnakis attend that first meeting,                      |
| 9 |    | as well?                                                              |
| 10 | A. | Yes, he did.                                                         |
| 11 | Q. | And did he ask some legitimate questions, as                         |
| 12 |    | well?                                                                 |
| 13 | A. | Yes, he did.                                                         |
| 14 | Q. | So is it fair to say that no faculty member ever                     |
| 15 |    | disrupted or interfered with your meetings?                           |
| 16 | A. | Yeah -- well, the four that we had I don't                           |
| 17 |    | believe that there was any real disruption, no.                       |
| 18 | Q. | Now, shortly after you and Chris hung the                            |
| 19 |    | posters for the first time, they were taken                           |
| 20 |    | down?                                                                 |
| 21 | A. | Yes.                                                                 |
| 22 | Q. | When did you learn that the posters had been                         |
| 23 |    | taken down?                                                           |
| 24 | A. | I believe they were taken down Tuesday.  It's                        |

|    |    |                                                                    |
|----|----|--------------------------------------------------------------------|
| 1  |    | possible they were taken down -- it's possible                     |
| 2  |    | they were taken down after school on Monday,                       |
| 3  |    | after me and Chris had left because I believe on                   |
| 4  |    | Tuesday when we came in, I didn't see them, but                    |
| 5  |    | Tuesday -- I believe it was Tuesday we were                        |
| 6  |    | called into the office to talk about them.  So                     |
| 7  |    | sometime between Monday after school and Tuesday                   |
| 8  |    | morning was where they were taken down.                            |
| 9  | Q. | How did you learn that the posters had been                        |
| 10 |    | taken down?                                                        |
| 11 | A. | We didn't see them on the walls anymore.                           |
| 12 | Q. | Did you know at that time who had taken the                        |
| 13 |    | posters down?                                                      |
| 14 | A. | No.                                                                |
| 15 | Q. | You said you were called to a meeting by whom?                     |
| 16 | A. | I believe this meeting was called by Mr.                           |
| 17 |    | Champigny, who was the vice-principal at that                      |
| 18 |    | time.                                                              |
| 19 | Q. | What time of the day was the meeting called?                       |
| 20 | A. | It was around 8:30 in the morning I would say.                     |
| 21 | Q. | Who attended the meeting?                                          |
| 22 | A. | Me and Chris.                                                      |
| 23 | Q. | Anyone else?                                                       |
| 24 | A. | Just the vice-principal.                                           |

1   Q.   For how long did that meeting last?
2   A.   About 15, 20 minutes I would say.
3   Q.   And as best you recall, what did Mr. Champigny
4        say and what did you and Chris say during that
5        meeting?
6   A.   Mr. Champigny had said that some teacher had
7        gone to the Web site and seen the beheading
8        videos, and it was grisly enough to take down
9        the posters because they didn't want anybody
10       going to the sites, and so we needed to remove
11       the Web site from the posters and rehang them up
12       or create new posters without the Web site
13       because we could not be affiliated, he said,
14       with the Web site in its current state.  I
15       believe me and Chris essentially just sat there,
16       listened to what he said, and then walked out
17       with our own intentions.
18  Q.   What do you mean with your own intentions?
19  A.   He told us we weren't allowed to be affiliated
20       with such a violent site, and me and Chris
21       obviously had no intention of disbanding our
22       relationship with HSCCA.
23  Q.   By the time of that meeting, had you yet looked
24       at the beheading videos?



**Site Navigation**
Mission Statement
Conservative Agenda
Conservative Report
Club News
Media News
Bio Page
Events
Links
Home

**Join Us**
Contact Us
Subscribe
Charter Clubs
Speaker's Bureau

**Site Search**

[ Search ]

### One Third of my Generation is Missing:
Award winning speech by HSCCA Policy Advisor Jonathan Krive

### Tim Bueler's Conservative Report: Tune to AM 720 on Fridays @ 11pm
Listen live on the web! (click here)

### Islam: A Religion of Peace?



***Warning!*** The following videos are extreme graphic. However, we feel it necessary to provide the so you can see the doctrine of Islam put to into actic These are terrorists, and this is what they are capab of:

VIDEO: Eugene Armstrong Beheading
VIDEO: Beheading of South Korea
VIDEO: Beheading of Nick Berg
VIDEO: Beheading of Paul Johnson
VIDEO: Yassir Arafat - The Terrorist

### Conservative club meets opposition at Hudson High
By Carolyn Kessel Stewart / News Staff Writer
Sunday, December 12, 2004

"HUDSON -- As a conservative in what he calls a liberal-filled high school, senior Chris Bowler like a meat-eater surrounded by judgmental vegetarians during this year's contentious presidential election season.

To challenge the paradigm at his high school, Bowler and a friend created the school's first "conservative club," which met for the first time this week."

But as soon as Bowler and friend James Mellilo hung posters for their new after school group, school officials removed the posters because they referred to a conservative Web site they sa promotes violence."

"I do not see anything on the Web site that promotes violence, but it does expose Islamic ter violence," he wrote in an e-mail. "I chose www.hscca.org so the Hudson High School Conserv Club could have credibility and a resource. I have seen their club advertised on Fox News anc have many connections to talk show hosts and could get them to come to our school."

Read the rest of the article here.

**December 9, 2004**
### HSCCA Charter Club Denied First Amendment Rights by Administration

*A letter from Hudson High School Conservative Club president and founder, Chris Bowler:*

In response to a clear liberal bias at my high school in Massachusetts, a classmate and I rece decided to start a Conservative Club.

I had taken Advanced Placement American Studies the year before which turned out to be lar anti-American studies, complete with teachers refusing to say the Pledge of Allegiance and spouting anti-war and anti-Bush propaganda every day. As a result, I became even more interested in politics and wanted my voice to be heard. I got used to attempts by my teacher and classmates to silence my point of view.

While searching web sites, I came across the HSCCA and thought it would be great to start a chapter here. The first obstacle was to find a sponsor as required by the school. We consider

EXHIBIT
Melillo 2
3-21-07
PENGAD 800-631-6989