1

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

05-11007 PBS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CHRISTOPHER BOWLER,                          *
                                             *
HUDSON HIGH SCHOOL CONSERVATIVE CLUB,        *
an unincorporated association,               *
                                             *
JOSEPH T. BOWLER,                            *
                                             *
KIMBERLY A. BOWLER, by and through her       *
father and next friend, STEVEN BOWLER        *
              Plaintiffs,                    *
                                             *
vs.                                          *
                                             *
JOHN STAPELFELD, in his individual and       *
official capacities as Principal of          *
Hudson High School,                          *
                                             *
DAVID CHAMPIGNY, in his individual and       *
official capacities as Assistant             *
Principal of Hudson High School,             *
                                             *
DR. SHELDON BERMAN, in his individual        *
and official capacities as                   *
Superintendent of Hudson Public School       *
District,                                    *
                                             *
TOWN OF HUDSON, MASSACHUSETTS, and           *
                                             *
HUDSON HIGH SCHOOL,                          *
              Defendants.                    *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        Deposition of KIMBERLY A. BOWLER,
taken on behalf of the Defendants, pursuant to
Notice under the Federal Rules of Civil
Procedure, before Janice A. Maggioli, RPR, RMR,

8

| | | |
|---|---|---|
| 1 | Q. | Where did you live before you moved to Hudson? |
| 2 | A. | Leominster. |
| 3 | Q. | When did you move to Hudson? |
| 4 | A. | In 1994. |
| 5 | Q. | Where do you go to school? |
| 6 | A. | Hudson High School. |
| 7 | Q. | What grade are you in? |
| 8 | A. | 11th. |
| 9 | Q. | So you will graduate in the class of '08, |
| 10 | | correct? |
| 11 | A. | Yes. |
| 12 | Q. | At Hudson High School are you active in any |
| 13 | | sports or organizations or other groups? |
| 14 | A. | Not within Hudson High School. |
| 15 | Q. | Have you ever been active in any sports groups |
| 16 | | or organizations at Hudson High School? |
| 17 | A. | In 8th grade I played basketball, and then |
| 18 | | freshman year I was in the Conservative Club. |
| 19 | Q. | Do you participate in any activities, groups, |
| 20 | | organizations outside of Hudson High School? |
| 21 | A. | I take art class. |
| 22 | Q. | Where do you take that? |
| 23 | A. | In Maynard. |
| 24 | Q. | Is there a particular school or a group that |

43

```
1           Bousnakis was there?
2    A.     I don't know.
3    Q.     Have you ever had Mr. Bousnakis as a teacher?
4    A.     No.
5    Q.     Have you ever spoken with Mr. Bousnakis outside
6           of this meeting?
7    A.     No.
8    Q.     In what year did Chris graduate?
9    A.     2005.
10   Q.     And did James Melillo graduate in 2005, as well?
11   A.     Yes.
12   Q.     And did the club continue to hold meetings up
13          until the point in time when they graduated?
14   A.     No.
15   Q.     Do you know when the club's last meeting was?
16   A.     Actually, I'm not sure when they stopped having
17          club meetings.
18   Q.     Do you know why the club stopped having club
19          meetings?
20   A.     I'm not sure if they -- I don't even know if
21          they did stop or if it was just because of our
22          graduation that they just stopped.  I don't
23          remember.
24   Q.     You don't have any knowledge about when the club
```

```
 1         stopped meeting in the spring of '05 or why the
 2         club stopped meeting in the spring of '05?
 3    A.   No.
 4    Q.   Did the club have meetings in the fall of '05
 5         when you were now in 10th grade?
 6    A.   No.
 7    Q.   Did the club continue to exist as a club, an
 8         organization within Hudson High School in the
 9         fall of '05?
10    A.   No.
11    Q.   Did any former members of the club take any
12         steps to schedule meetings, organize activities,
13         speaker programs, for example, in the academic
14         year '05/'06?
15    A.   Not that I know of.
16    Q.   Did the club continue to have a faculty advisor
17         in the fall of '05?
18    A.   I -- he retired, the one that we had previously,
19         so I think from there we just didn't have one.
20    Q.   Did Mr. Martin retire from teaching?
21    A.   Yes.
22    Q.   Are you aware of any steps taken by anyone else
23         to find a replacement faculty advisor?
24    A.   I don't know.
```

45

1   Q.   So you're not aware of any steps yourself?
2   A.   I'm not aware, no.
3   Q.   You didn't take any yourself?
4   A.   No.
5   Q.   And are you aware of whether your brother, J.T.,
6        took any steps to find a new faculty advisor?
7   A.   He did not.
8   Q.   How about in the current academic year, '06/'07,
9        did you take any steps to reorganize the club?
10  A.   No.
11  Q.   Did you take any steps to find a new faculty
12       advisor in the current academic year?
13  A.   No.
14  Q.   Are you aware of anyone who took any steps to
15       re-form the club in '06/'07?
16  A.   I'm not aware.
17  Q.   And are you aware of anyone who took any steps
18       to find a new faculty advisor in the year
19       '06/'07?
20  A.   No.
21  Q.   Do you know why -- strike that.
22                Why did you not take any steps in
23       '05 or '06 to re-form the club?
24  A.   In the school year 2004 and 2005 the faculty or

| | | |
|---|---|---|
| 1 | | staff of Hudson High School told us that we |
| 2 | | could not put our affiliation Web site HCSSA.org |
| 3 | | on the posters anymore, so we decided that since |
| 4 | | we couldn't be affiliated with the Web site that |
| 5 | | we wanted to be, that we would wait until this |
| 6 | | issue was resolved to start the club up again. |
| 7 | Q. | And by "resolved," you mean through this |
| 8 | | litigation process that we're involved in now? |
| 9 | A. | Yes. |
| 10 | Q. | And it was the fact that -- well, strike that. |
| 11 | | Is the club -- was the club still |
| 12 | | affiliated with the National High School |
| 13 | | Conservative Club -- National Association? |
| 14 | A. | Still affiliated with it? |
| 15 | Q. | Yes. |
| 16 | A. | I believe, yes. |
| 17 | Q. | And was any faculty or members of the |
| 18 | | administration telling your club in '04/'05 that |
| 19 | | you could not be affiliated with the national |
| 20 | | organization? |
| 21 | A. | They told us that we couldn't put that on our |
| 22 | | posters, so I think that's basically saying that |
| 23 | | we can't be affiliated with them. |
| 24 | Q. | Well, just so I'm clear, what they were telling |

```
 1   Q.   Do you still have any of the posters?
 2   A.   I personally don't.
 3   Q.   Do you know of anybody that has any of the
 4        posters?
 5   A.   I don't know.
 6   Q.   You mentioned a Web site that was on at least
 7        some, if not all, of the posters.  Did you ever
 8        look at that Web site?
 9   A.   Yes.
10   Q.   Did you ever access the link to the beheadings
11        that was on the Web site?
12   A.   No.
13   Q.   So you never viewed the videos of the
14        beheadings?
15   A.   I did not.
16   Q.   Do you know how many videos there were of
17        beheadings on that Web site?
18   A.   No.
19   Q.   Do you know any details of who was murdered or
20        who conducted the beheadings?
21   A.   No.
22   Q.   Did you ever discuss the videos of the
23        beheadings with anyone in the club?
24   A.   Chris and J.T., I think.
```