IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOWLER, ) | |
| ) | |
| HUDSON HIGH SCHOOL CONSERVATIVE ) | |
| CLUB, an unincorporated association, ) | |
| ) | |
| JOSEPH T. BOWLER, by and through his ) | |
| father and next friend, STEVEN BOWLER ) | |
| ) | |
| KIMBERLY A. BOWLER, by and through ) | |
| her father and next friend STEVEN BOWLER ) | |
| *Plaintiffs*, ) | |
| vs. ) | Case No.   05 CV 11007 PBS |
| ) | |
| JOHN STAPELFELD, in his ) | |
| individual and official capacities as ) | |
| principal of Hudson High School, ) | |
| ) | |
| DAVID CHAMPIGNY, in his individual ) | |
| and official capacities as assistant ) | |
| principal of Hudson High School, and ) | |
| ) | |
| DR. SHELDON BERMAN, in his individual ) | |
| and official capacities as Superintendent of ) | |
| Hudson Public School District, ) | |
| ) | |
| THE TOWN of HUDSON, MASSACHUSETTS ) | |
| ) | |
| THE SCHOOL COMMITTEE OF ) | |
| HUDSON, MASSACHUSETTS ) | |
| ) | |
| HUDSON HIGH SCHOOL, ) | |
| *Defendants*. ) | |
| ) | |

### *Assented to* MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION, and FOR LEAVE TO FILE A RESPONSIVE MEMORANDUM IN EXCESS OF TWENTY (20) PAGES

Now come the Plaintiffs in the above captioned matter, and request an extension of time to file their opposition to Defendants' Motion for Summary Judgment, and leave to file a reply memorandum in excess of twenty (20) pages. As reason for this request, Plaintiffs state that Defendants' Motion for Summary Judgment was filed on April 11, 2007, with Plaintiffs' Opposition being due on May 1, 2007. Defendants' also requested and were granted leave to file a memorandum in excess of twenty pages, due to the number and complexity of the issues in this matter.

Due to the number of constitutional and legal issues that have been addressed by the Defendants' in their memorandum, Plaintiffs' counsel believes that he can not adequately respond within the twenty page limit provided for in Local Rule 7.1 (B)(4), and requests that he also be granted leave to file a memorandum in excess of twenty (20) pages, but not to exceed thirty (30) pages in length.

Plaintiffs also request an extension of time until Friday, May 4, 2007 to complete his response, due to the complexity of the issues involved, and also a series of emergencies that have occurred in Plaintiffs' counsel's practice over the past two weeks. Defendants' counsel has assented to both of these requests.

WHEREFORE, Plaintiffs respectfully request that they be allowed to file a memorandum in excess of twenty (20) pages, but not to exceed (30) pages and that the deadline for filing their memorandum be extended to Friday, May 4, 2007.

Dated this 1st day of May, 2007.

Respectfully submitted,
The Plaintiffs,
By counsel,

/s/ Gregory A. Hession

_____

Gregory A. Hession, Esq.
LAW OFFICES OF GREGORY A. HESSION
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No. 564457

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789

*Assented to:*

The Defendants,
 By counsel,

/s/ John J. Davis

_____
John J. Davis, Esq.
PIERCE, DAVIS & PERRITANO, LLP
10 Winthrop Square
Boston, MA 02110
(617) 350-0950
BBO No. 115890