UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

|  |  |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER, <br>        Plaintiffs, <br> <br>vs. <br> <br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL, <br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIES' JOINT STIPULATION AS TO EXPERT WITNESS DEADLINES

In the event that this Court denies, in whole or in part, the Defendants' Motion for

Summary Judgment, now pending, and in the further event no appeal is taken from said denial,

the parties to the above-entitled action hereby stipulate that: (1) the plaintiffs' expert witness(es)

be designated within thirty (30) days of this Court's decision on the Defendants' Motion for

Summary Judgment; (2) the defendants' expert witnesses(es) be designated within thirty (30)

days after the plaintiffs' designations; (3) the parties' designation of experts shall include

disclosure of information required by the Federal Rules of Civil Procedure and/or the Local

Rules of the United States District Court for the District of Massachusetts; and (4) any expert

depositions shall be completed within thirty (30) days after the defendants' designations are due.

As reasons for the above stipulations, the parties state that they seek to avoid the unnecessary

cost, expense, and time required to designate and depose expert witnesses pending the outcome of Defendants' Motion for Summary Judgment, which may effect such designations and depositions. The Court's decision may, for example, foreclose the parties' need for expert testimony, or narrow or alter the issues for which the parties seek expert opinions.

Thus, the parties hereby file their Joint Stipulation As To Expert Witness Deadlines, and further request that this Court enter a Scheduling Order reflecting the deadlines to which the parties have stipulated.

Respectfully submitted,

The Defendants,

JOHN STAPELFELD, in his
individual and official capacities as
Principal of Hudson High School,
DAVID CHAMPIGNY, in his
individual and official capacities as
Assistant Principal of Hudson High
School, Dr. SHELDON BERMAN, in
his individual and official capacities as
Superintendent of Hudson Public
School District, TOWN OF HUDSON,
MASSACHUSETTS, and HUDSON
HIGH SCHOOL,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**


s/John J. Davis
_____
John J. Davis, Esq., BBO # 115890
Mia Baron, Esq., BBO # 663826
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

The Plaintiffs,

CHRISTOPHER BOWLER,
HUDSON HIGH SCHOOL
CONSERVATIVE CLUB, an
unincorporated association, JOSEPH
T. BOWLER and KIMBERLY BOWLER,
by and through her father and next friend,
STEVEN BOWLER,

By their attorneys,

**LAW OFFICES OF GREGORY A.
HESSION**


s/Gregory A. Hession
_____
Gregory A. Hession, J.D., BBO # 564457
172 Thompson Street
Springfield, MA 01109
(413) 746-6161
*Participating Attorney for The Rutherford
Institute*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will
be sent electronically to the registered participants as identified on the Notice of Electronic Filing
and that a paper copy shall be served upon those indicated as non-registered participants on June
29, 2007.

John J. Davis, Esq.