IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOWLER, | ) |
| HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, | ) |
| JOSEPH T. BOWLER, by and through his father and next friend, STEVEN BOWLER, | ) |
| *Plaintiff*s, | ) |
| v. | ) Case No. **05 CV 11007 PBS** |
| JOHN STAPELFELD, in his individual and official capacities as principal of Hudson High School, | ) |
| DAVID CHAMPIGNY, in his individual and official capacities as assistant principal of Hudson High School, and | ) |
| DR. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, | ) |
| THE TOWN of HUDSON, MASSACHUSETTS, | ) |
| THE SCHOOL COMMITTEE OF HUDSON, MASSACHUSETTS | ) |
| HUDSON HIGH SCHOOL, | ) |
| *Defendants.* | ) |

**Plaintiff's Notice of Intent to Press State Claims**

Plaintiffs in the above captioned action hereby give notice that they intend to pursue claims against the defendant individual school administrators under state law. This notice is pursuant to the requirement set forth in the Court's Memorandum and Order of October 4, 2007, to give such notice by this date.

Dated this 18th day of October, 2007.

Respectfully submitted,

/s/ Gregory A. Hession
Gregory A. Hession, Esq.
LAW OFFICES OF GREGORY A. HESSION
172 Thompson Street.
Springfield, MA 01109
(413) 746-3333
BBO. No. 564457

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax: (434) 978-1789