UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER,<br>        Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT MOTION TO CONTINUE THE TRIAL DATE AND THE FINAL PRETRIAL CONFERENCE DATE**

The plaintiffs and defendants hereby jointly move to continue the January 28, 2008 trial date and the January 23, 2008 final pretrial conference date, in the above-captioned matter. As grounds therefor, the parties state as follows:

1. Counsel for plaintiffs is currently scheduled to begin trial on January 28, 2008 in the matter of Pothier v. Pothier, C.A. No. BACV2004-00142A, pending in the Barnstable Superior Court. This trial is anticipated to last approximately two (2) days.

2. Counsel for plaintiffs is currently scheduled for the second day of a juvenile trial in the Northampton Juvenile Court, C.A. No. CP-06-N-0003, on January 30, 2008.

3. Counsel for defendants is currently scheduled to travel to Arizona to attend a seminar from January 23, 2008 until January 28, 2008.

4.  Counsel for defendants is currently scheduled to begin trial on February 4, 2008 in the matter of Garbarino v. Town of Ashland, et al., C.A. No. 05-12382 EFH, pending in the United States District Court for the District of Massachusetts. This trial is anticipated to last approximately five (5) days.

5.  Plaintiff Christopher Bowler currently attends Franciscan University in Steubenville, Ohio. The second semester ends on May 8, 2008. While Mr. Bowler is prepared to make himself available for trial on whichever date is selected by the Court, it will prove difficult for him to travel to Massachusetts prior to the end of the second semester. In addition, his studies will likely be interrupted and/or disrupted by any trial held during the academic year.

6.  While the parties have begun to prepare for trial, they seek additional time within which to prepare and file a joint pretrial memorandum, proposed jury instructions, proposed voir dire questions, motions in limine, witness lists, exhibit lists, and designations of deposition testimony.

Counsel for both parties have conferred with their respective clients. While the parties would prefer a trial date after May 8, 2008 in order to accommodate the out-of-state plaintiff, Christopher Bowler, the parties are nonetheless available, in the alternative, to commence trial on March 17, 2008, or on any date thereafter chosen by the Court.

WHEREFORE, the plaintiffs and defendants jointly move to continue the January 28, 2008 trial date and the January 23, 2008 final pretrial conference date to a date after May 8, 2008 or, in the alternative, to March 17, 2008.

| The Plaintiffs,<br>CHRISTOPHER BOWLER and the<br>HUDSON HIGH SCHOOL<br>CONSERVATIVE CLUB, | The Defendants,<br>JOHN STAPELFELD, DAVID<br>CHAMPIGNY and DR. SHELDON<br>BERMAN, |
|---|---|
| By their attorneys,<br>**LAW OFFICES OF GREGORY A. HESSION** | By their attorneys,<br>**PIERCE, DAVIS & PERRITANO, LLP** |
| _/s/ Gregory A. Hession_<br>Gregory A. Hession, J.D., BBO #<br>172 Thompson Street<br>Springfield, MA 01109<br>(413) 746-3333 | _/s/ John J. Davis_<br>John J. Davis, Esq., BBO #115890<br>Mia B. Friedman, BBO # 663826<br>10 Winthrop Square<br>Boston, MA 02110<br>(617) 350-0950 |

Date: December 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on December 6, 2007.

_/s/ John L. Davis_
John L. Davis, Esq.

-3-