UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

|  |  |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER,<br>    Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' PRETRIAL DISCLOSURES PURSUANT TO RULE 26(a)(3)**

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, the defendants, John Stapelfeld, David Champigny, Dr. Sheldon Berman, Town of Hudson, Massachusetts and Hudson High School, hereby make the following pretrial disclosures:

(A)     Witnesses.

The defendants expect to present:

John Stapelfeld
Hudson High School
69 Brigham Street
Hudson, MA 01749

David Champigny
Hudson High School
69 Brigham Street
Hudson, MA 01749

Dr. Sheldon Berman
VanHoose Education Center
3332 Newburg Road
Lousiville, Kentucky 40218

Brian Daniels
Hudson High School
69 Brigham Street
Hudson, MA 01749

Ellen Schuck
Hudson High School
69 Brigham Street
Hudson, MA 01749

Gail LaMere
Hudson High School
69 Brigham Street
Hudson, MA 01749

Kathy Somerville
Hudson High School
69 Brigham Street
Hudson, MA 01749

James Melillo
26 Almont Avenue
Worcester, MA 01604

Gerald Lewis, Ph.D., President
Gerald Lewis, Ph.D. & Assoc., P.C.
1290 Worcester Road
Framingham, MA 01702

Paul Chagnon
45 Longfellow Road
Northborough, MA 01532

Don Martin
8 Calvins Lane
Sterling, MA 01564

The defendants may offer if the need arises:

Steven Sacco
Hudson High School
69 Brigham Street
Hudson, MA 01749

Beth Ferns
Hudson High School
69 Brigham Street
Hudson, MA 01749

Susan Menanson
Hudson High School
69 Brigham Street
Hudson, MA 01749

Julie Snyder
Hudson High School
69 Brigham Street
Hudson, MA 01749

Todd Wallingford
Hudson High School
69 Brigham Street
Hudson, MA 01749

Tom Bousnakis
Unknown

Phyllis Kutt
Unknown

The defendants reserve the right to call other rebuttal witnesses at the time of trial. Further, based on the representation of plaintiffs' counsel, the defendants have not listed Christopher Bowler, Joseph T. Bowler, Kimberly A. Bowler or Steven Bowler as witnesses. The defendants reserve the right to call the same as witnesses should plaintiffs fail to do so.

(B)   <u>Witnesses Whose Testimony Will Be Provided Through Deposition.</u>

None.

(C) <u>Documents or Other Exhibits.</u>

    (1) The defendants expect to offer:

Letter from David Champigny to Christopher Bowler, January 7, 2005

Hand-out entitled, "Statistics and Information About Homosexuality," March 5, 2005

Portion of High School Conservative Clubs of America (HSCCA) website, home page, found at <u>www.hscca.org</u>, January 7, 2005

A CD containing three videos downloaded from <u>www.hscca.org</u>, and several still shots and images taken from the three videos

Email correspondence from Christopher Bowler to Tim Bueler, December 7, 2004

Hudson High School Conservative Club announcement, December 9, 2004

Hudson High School Conservative Club bulletin regarding Club goals, undated

Hudson High School Conservative Club bulletin regarding open debate, undated

Reading Overview, written by Christopher Bowler, undated

Reflecting on Teachers, written by Christopher Bowler, undated

Listening, written by Christopher Bowler, undated

Speaking, written by Christopher Bowler, undated

Academic transcript of Christopher Bowler

Expert Opinion of Gerald Lewis, Ph.D.

<u>The American People, Creating a Nation and a Society</u>, Fifth Edition, Gary B. Nash and Julie Roy Jeffrey, Editors

    (2) The defendants may offer if the need arises:

None.

The defendants reserve the right to offer other documents and exhibits in rebuttal at the time of trial.

Respectfully submitted,
The Defendants,

JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, TOWN OF HUDSON, MASSACHUSETTS, and HUDSON HIGH SCHOOL,

By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP


/s/ John J. Davis
John J. Davis, Esq., BBO # 115890
Mia B. Friedman, Esq., BBO # 663826
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

Date:   February 19, 2008


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 19, 2008.


/s/ John J. Davis
John J. Davis, Esq.