IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOWLER, et al. ) | |
| ) | |
| *Plaintiff*s, ) | |
| ) | |
| v. ) | Case No. **05 CV 11007 PBS** |
| ) | |
| JOHN STAPELFELD, et al. ) | |
| ) | |
| *Defendants*. ) | |

**PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE**

Now come the Plaintiffs and request that this Court continue the trial date in the above captioned matter, currently scheduled for March 17, 2008, to a date after May 26, 2008. As reason for this request, the Plaintiffs state the following:

1. Christopher Bowler, the lead Plaintiff and Plaintiffs' primary witness, is currently a student at Franciscan University in Steubenville, Ohio. The current trial date falls at the beginning of his midterm exam week, and for him to travel to Massachusetts for the trial as currently scheduled would mean missing several mid-term exams, and would be extremely disruptive of his studies.

2. The semester at Franciscan University ends on May 8, 2008, and Mr. Bowler would be available after May 9, 2008.

3. Counsel for the Defendants does not oppose this Motion, but has advised Plaintiffs' counsel that he will be occupied with several personal matters through mid-May, and has a Norfolk Superior Court jury trial, Roberts v. Performance, C.A. No. 05-01163, scheduled for May 19-20, 2008.

4. As there are several pre-trial issues to be resolved, the parties would request that the Pre-Trial Conference, currently scheduled for March 12, 2008, go forward as scheduled.

WHEREFORE, the Plaintiffs request that this court continue the trial in this matter to a date after May 26, 2008, and that the Pre-Trial Conference go forward as scheduled on March 12, 2008.

Dated this 26th day of February, 2008

Respectfully submitted,


/s/ Gregory A. Hession
_____
Gregory A. Hession, Esq.
LAW OFFICES OF GREGORY A. HESSION
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No. 564457

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789

**Certification Pursuant to Local Rule 7.1(A) (2)**

  I, Gregory A. Hession, hereby certify that I have conferred with Attorney Davis regarding the foregoing motion, and he has stated that he will not oppose the motion.

              /s/ Gregory A. Hession
              _____
              Gregory A. Hession, J. D.


**Certificate of Service**

I, Gregory A. Hession, hereby certify that the foregoing document was filed through the Electronic Case Filing System on February 26, 2008, and that a paper copy will be served to any non-registered participants on the same date.

              /s/Gregory A. Hession