IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOWLER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. **05 CV 11007 PBS** |
| ) | |
| JOHN STAPELFELD, et al. ) | |
| ) | |
| Defendants. ) | |

### PRE-TRIAL DISCLOSURES OF PLAINTIFFS UNDER RULE 26 (a)(3)

Pursuant to Rule 26 (a) (3) of the Federal Rules of Civil Procedure, plaintiffs hereby submit their pre-trial disclosures as follows:

**A.** **Witnesses**

1. Christopher Bowler, Plaintiff - 2 Abigail Drive, Hudson, MA; 978-562-8662;

2. Joseph T. Bowler, Plaintiff - Same address and phone;

3. Kimberly A. Bowler, Plaintiff - Same address and phone;

4. Steven Bowler, Father of plaintiffs - same address and phone;

5. James Milello - 26 Almont Avenue, Worcester, MA 01604; 978-568-1834;

6. Steven Sacco, Hudson High School, 69 Brigham Street, Hudson MA;

7. Kathy Somerville, Hudson High School, 69 Brigham Street, Hudson, MA;

    8.    Michael Forrest,    TBA    Springfield, MA

**B.** **Use of Depositions (other than impeachment)**

None.

**C.** **Exhibits**

1. MetroWest News article, December 12, 2004;

2. Handout entitled "Conservative Club";

3. Photograph of HHSCC publicity poster;

4. Champigny Letter, January 7, 2005;

5. *Hawk Talk* article by Samantha Chipman;

6. Handout entitled, "Welcome to the Newly Formed Conservative Club" dated December 9, 2004;

7. Hudson School Committee Policy 1700; and

8. Hudson School Committee Policy 1701.

Dated this 27th day of February, 2008.

Respectfully submitted,

/S/ Gregory A. Hession J.D.
Gregory A. Hession, J.D..
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No. 564457

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax: (434) 978-1789