UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER,<br>　　　Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL,<br>　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' EXHIBIT LIST

Pursuant to the Court's PreTrial Order, dated November 27, 2007, the defendants, John Stapelfeld, David Champigny, Dr. Sheldon Berman, Town of Hudson, Massachusetts and Hudson High School, file the following exhibit list:

1. Letter from David Champigny to Christopher Bowler, January 7, 2005;

2. Hand-out entitled, "Statistics and Information About Homosexuality," March 5, 2005;

3. Portion of High School Conservative Clubs of America (HSCCA) internet domain name, home page, found at **www.hscca.org**, January 7, 2005;

4. A CD containing three videos downloaded from **www.hscca.org**, and several still shots and images taken from the three videos;

5. Email correspondence from Christopher Bowler to Tim Bueler, December 7, 2004;

6. Hudson High School Conservative Club announcement, December 9, 2004;

7. Hudson High School Conservative Club bulletin regarding Club goals, undated;

8. Hudson High School Conservative Club bulletin regarding open debate, undated;

9. Reading Overview, written by Christopher Bowler, undated;

10. Reflecting on Teachers, written by Christopher Bowler, undated;

11. Listening, written by Christopher Bowler, undated;

12. Speaking, written by Christopher Bowler, undated;

13. Academic transcript of Christopher Bowler;

14. Expert Opinion of Gerald Lewis, Ph.D;

15. The American People, Creating a Nation and a Society, Fifth Edition, Gary B. Nash and Julie Roy Jeffrey, Editors;

16. Hudson School Committee policy 8200;

17. Hudson School Committee policy 8201;

18. Hudson School Committee policy 8202;

19. Hudson School Committee policy 8203; and

20. Hudson School Committee policy 8204.

Respectfully submitted,
The Defendants,

JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, TOWN OF HUDSON, MASSACHUSETTS, and HUDSON HIGH SCHOOL,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**


/s/ John J. Davis
John J. Davis, Esq., BBO # 115890
Mia B. Friedman, BBO # 663826
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

Date: February 27, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 27, 2008.


/s/ John J. Davis
John J. Davis, Esq.