UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER,<br>     Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL,<br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' WITNESS LIST

Pursuant to the Court's PreTrial Order, dated November 27, 2007, the defendants, John Stapelfeld, David Champigny, Dr. Sheldon Berman, Town of Hudson, Massachusetts and Hudson High School, hereby file the following witness list:

1. John Stapelfeld, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

2. David Champigny, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

3. Dr. Sheldon Berman, VanHoose Education Center, 3332 Newburg Road, Louisville, Kentucky 40218;

4. Brian Daniels, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

5. Ellen Schuck, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

6. Gail LaMere, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

7. Kathy Somerville, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

8. James Melillo, 26 Almont Avenue, Worcester, MA 01604;

9. Gerald Lewis, Ph.D., President, Gerald Lewis, Ph.D. & Assoc., P.C., 1290 Worcester Road, Framingham, MA 01702;

10. Paul Chagnon, 45 Longfellow Road, Northborough, MA 01532;

11. Don Martin, 8 Calvins Lane, Sterling, MA 01564;

12. Steven Sacco, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

13. Beth Ferns, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

14. Susan Menanson, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

15. Julie Snyder, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

16. Todd Wallingford, Hudson High School, 69 Brigham Street, Hudson, MA 01749;

17. Tom Bousnakis; and

18. Phyllis Kutt.

Respectfully submitted,
The Defendants,

JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, TOWN OF HUDSON, MASSACHUSETTS, and HUDSON HIGH SCHOOL,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**


/s/ John J. Davis
John J. Davis, Esq., BBO # 115890
Mia B. Friedman, BBO # 663826
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

Date: February 27, 2008


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 27, 2008.

/s/ John J. Davis
John J. Davis, Esq.