UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

_____
                                        )
CHRISTOPHER BOWLER, HUDSON HIGH         )
SCHOOL CONSERVATIVE CLUB, an            )
unincorporated association, JOSEPH T. BOWLER, )
and KIMBERLY A. BOWLER, by and through  )
her father and next friend, STEVEN BOWLER, )
       Plaintiffs,                      )
                                        )
vs.                                     )
                                        )
JOHN STAPELFELD, DAVID CHAMPIGNY,       )
DR. SHELDON BERMAN, TOWN OF HUDSON, )
MASSACHUSETTS and HUDSON HIGH           )
SCHOOL,                                 )
       Defendants.                      )
_____)

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

The defendants, John Stapelfeld, David Champigny, Dr. Sheldon Berman, Town of Hudson, Massachusetts and Hudson High School, hereby submit the following proposed inquiries for jury voir dire:

1. Have you, or has any member of your family, ever been a victim of discrimination based on your political views or beliefs?

2. Have you, or has any member of your family, ever been disciplined, retaliated against or otherwise mistreated by an employer, government agency or school official because of your political views or beliefs?

3. Have you, or has any member of your family, ever been disciplined, retaliated against or otherwise mistreated by an employer, government agency or school official for exercising

your rights of free speech?

4. Have you, or has any member of your family, ever made a claim or filed a lawsuit against a municipality, government agency, school board or school official?

5. Have you ever been a party to a lawsuit?

6. Have you, or has any member of your family, ever worked or been employed as a school administrator or teacher?

7. Do you agree with the following statement: "By and large, teachers and administrators employed in Massachusetts public schools are too liberal?"

8. Do you agree with the following statement: "It is inappropriate for a public school teacher to express his or her own political views in a classroom?"

9. Do you agree with the following statement: "It is inappropriate for a public school to limit or otherwise censor any student speech, provided such speech is not lewd or pornographic?"

10. Have you ever seen or visited the website "www.hscca.org?"

11. Have you ever seen or visited the website of the High School Conservative Clubs of America?

12. Have you ever seen or read any articles or editorials, either in the print media or on the Internet, concerning this case, the Hudson High School Conservative Club or the High School Conservative Clubs of America?

13. Have you ever seen, read or written to any blogs, chat rooms or other public forums concerning this case, the Hudson High School Conservative Club or the High School Conservative Clubs of America?

14. Have you ever heard or listened to any radio interviews of any of the plaintiffs?

15. Are you a member of any political clubs, organizations or associations?

16. Have you ever seen or watched a video or other recording of an actual execution, either on television or on the Internet?

17. Do you have a home computer?

18. Do you block or otherwise filter access to certain websites on your home computer?

19. Do you block or otherwise filter access to violent websites on your home computer?

20. Have you ever seen or watched any of the following movies:

	a) "Schindler's List";

	b) "Fahrenheit 911";

	c) "Fahrenhype 911";

	d) "American Experience: The Murder of Emmett Till";

	e) "Bowling for Columbine."

21. Did you, or did any member of your family, serve in Operation Desert Storm or Operation Iraqi Freedom?

22. Have you, or has any member of your family, ever been the victim of a violent crime?

Respectfully submitted,
The Defendants,

JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, TOWN OF HUDSON, MASSACHUSETTS, and HUDSON HIGH SCHOOL,

By their attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**


/s/ John J. Davis
John J. Davis, BBO # 115890
Mia B. Friedman, BBO # 663826
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

Date: February 27, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on February 27, 2008.


/s/ John J. Davis
John J. Davis, Esq.