IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER BOWLER, et al.** | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Case No. **05 CV 11007 PBS** |
| **JOHN STAPELFELD, et al.** | ) | |
| *Defendants*. | ) | |

**Plaintiff's Proposed Voir Dire Questions**

Plaintiffs propose that the court put the following additional questions to the jury venire:

1. Do you know any of the parties or the lawyers involved in this lawsuit?

2. Do you know any of the witnesses who will be potentially testifying in this lawsuit?

3. Have you formed an opinion about whether either side in this lawsuit is wrong or right?

4. Have you, or any member of your family, ever worked as a public school teacher, staff, or administrator?

5. Have you, or has any member of your family, ever worked for the Hudson, Massachusetts schools?

6. Have you, or has any member of your family, ever work for the Town of Hudson, Massachusetts?

7.  Would it be difficult for you to be completely objective toward a witness or party in this case, if that person had a strong belief that the United States military should be fighting in the war in Iraq.

8.  Would it be difficult for you to be completely objective toward a witness or a party in this case, if that person had a very negative view of some aspects of the religion of Islam.

9.  Would it be difficult for you to be completely objective toward a witness or party in this case, if that person was identified as a strong political conservative?

10. Would it be difficult for you to be completely objective toward a witness or party in this case, if that person expressed a very strong political opinion that completely contradicted a very strong political opinion which you have?

Dated this 27th day of February, 2008.

Respectfully submitted,


 /S/ Gregory A. Hession J.D.
Gregory A. Hession, J.D..
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No. 564457


Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789

**Certificate of Service**

I hereby certify that the foregoing document will be filed through the Electronic Case Filing System, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that a paper copy shall be served to those persons indicated as non-registered participants, on February 27, 2008.

/s/ Gregory A. Hession
Gregory A. Hession J.D.