## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| _____ ) | |
| **CHRISTOPHER BOWLER, et al.** ) | |
| ) | |
| *Plaintiff*s, ) | |
| ) | |
| **v.** ) | Case No. **05 CV 11007 PBS** |
| ) | |
| **JOHN STAPELFELD, et al.** ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

## PLAINTIFFS' TRIAL EXHIBIT LIST

Plaintiffs present their trial exhibit list, as follows:

1. MetroWest News article, December 12, 2004, including HSCCA web address;

2. Handout entitled "Conservative Club";

3. Photograph of HHSCC publicity poster;

4. Champigny Letter, January 7, 2005;

5. *Hawk Talk* article by Samantha Chipman, including HSCCA web address;

6. Handout entitled, "Welcome to the Newly Formed Conservative Club"

    dated December 9, 2004;

7. Hudson School Committee Policy 1700;

8. Hudson School Committee Policy 1701.

9. Various portions of the HSCCA web site.

10.    May 19, 2005 MetroWest News article, including HSCCA web address.

Given the extraordinary scope and number of motions which defendants have filed, which request limitations on trial evidence by plaintiffs, they respectfully request the opportunity to modify this list after the court rules on the defendant's motions.  Fairness and justice may require additional or alternative documents to be admitted, if defendants' motions are granted.

Dated this 27th day of February, 2008.

Respectfully submitted,

 /S/ Gregory A. Hession J.D.
Gregory A. Hession, J.D..
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No. 564457

Participating Attorney for The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789

**Certificate of Service**

I hereby certify that the foregoing document will be filed through the Electronic Case Filing System, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that a paper copy shall be served to those persons indicated as non-registered participants, on February 27, 2008.

/s/ Gregory A. Hession
Gregory A. Hession J.D.