IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHRISTOPHER BOWLER, et al. | ) ) ) | |
| *Plaintiff*s, | ) ) | |
| v. | ) ) | Case No. **05 CV 11007 PBS** |
| JOHN STAPELFELD, et al. | ) ) ) | |
| *Defendants.* | ) ) | |

**PLAINTIFFS' TRIAL WITNESS LIST**

Plaintiffs hereby submit their trial witness list, as follows:

**A.   Witnesses**

1. Christopher Bowler, Plaintiff - 2 Abigail Drive, Hudson, MA; 978-562-8662;

2. Joseph T. Bowler, Plaintiff - Same address and phone;

3. Kimberly A. Bowler, Plaintiff - Same address and phone;

4. Steven Bowler, Father of plaintiffs - same address and phone;

5. James Milello - 26 Almont Avenue, Worcester, MA 01604; 978-568-1834;

6. Steven Sacco, Hudson High School, 69 Brigham Street, Hudson MA;

7. Kathy Somerville, Hudson High School, 69 Brigham Street, Hudson, MA;

8. Michael Forrest,   TBA   Springfield, MA

Given the extraordinary scope and number of motions which defendants have filed, which request limitations on trial evidence by plaintiffs, they respectfully request the opportunity to modify this list after the court rules on the defendant's motions. Fairness and justice may require additional witnesses, if defendants' motions are granted.

Dated this 27th day of February, 2008.

Respectfully submitted,

 /S/ Gregory A. Hession J.D.
Gregory A. Hession, J.D..
172 Thompson Street.
Springfield, MA  01109
(413) 746-3333
BBO. No. 564457

Participating Attorney for
The Rutherford Institute

John W. Whitehead, Esq.
Douglas R. McKusick, Esq.
THE RUTHERFORD INSTITUTE
1440 Sachem Place
Charlottesville, Virginia 22901
(434) 978-3888
Fax:  (434) 978-1789

## Certificate of Service

I hereby certify that the foregoing document will be filed through the Electronic Case Filing System, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that a paper copy shall be served to those persons indicated as non-registered participants, on February 27, 2008.

/s/ Gregory A. Hession
Gregory A. Hession J.D.