# EXHIBIT A

Case 1:05-cv-11007-PBS    Document 82    Filed 02/28/2008    Page 1 of 3



 Search

Search

**Notice: This domain name expired on 02/05/08 and is pending renewal or deletion**

# www.hscca.org
This page is parked free, courtesy of Grapevinenet Works

Not what you're looking for? Try these related sponsored links:

▶ **Georgia Online Divorce**
Complete All Required Forms Online Fast, Lawyer-Free, 100% Guarantee
www.DivorceWriter.com

▶ **Compare Georgia Movers**
Local & Long Distance +Save 65% Free & it takes less than 1 minute!
www.movergain.net/georgia

▶ **New Home Lots in Atlanta**
Great architecture, small town feel New homes and townhomes from $190K+
www.visittributaryga.com

▶ **Georgia Medical License**
Do You need help with attaining a Georgia Medical License?
www.healthcarelicensing.com

▶ **GA Workers Comp Law Firm**
Injured at Work? We Help Injured Workers Get Compensation.
www.georgiapersonalinjury.com

▶ **The Art Institutes**
Live Your Passion - Pursue a Design Degree Today!
www.artinstitutes.edu

▶ **Find New Homes in Buford**
Search New Home Communities By Price, Location & Distance at iNest
www.iNest.com

▶ **Georgia Paralegal Schools**
Complete directory of Georgia paralegal schools.
AllCriminalJusticeSchools.com

▶ **Search Court Records**
Instant Court records lookup. Court records online database.
Court.GovtRegistry.com

▶ **Georgia Dui**
Free Georgia Dui Info & News. Georgia Dui
eWossNews.net

**Your Dom Search St**

Sea
Try Advanc

**Visit Grapevi**

**Related Sear**

▶ Georgia Suprer
▶ Georgia Act
▶ Georgia Affidav
▶ Georgia Colora
▶ Georgia Divorc
▶ Georgia Forms
▶ Georgia Kentuc
▶ Georgia Laws
▶ Georgia Legisla
▶ Georgia Legisla

## Popular Searches

| Travel | Financial Planning | E Commerce |
|---|---|---|
| Airline | Loans | VoIP |

| | | |
|---|---|---|
| Car Rental | Credit Cards | Broadband |
| Hotels | Debt Consolidation | Domain Names |
| Cruises | Stocks | Web Hosting |
| Vacations | Payday Loans | Web Design |
| **Lifestyle** | **Real Estate** | **Insurance** |
| Fitness | Mortgages | Car Insurance |
| Dating | Refinancing | Travel Insurance |
| Singles | Home Equity Loans | Health Insurance |
| Education | For Sale by Owner | Home Insurance |
| Degrees | Credit Score | Life Insurance |
| **Business** | **Legal Help** | **Personal Finances** |
| Bankruptcy | DUI Lawyers | Investments |
| Business Cards | Accident Lawyers | Student Loans |
| Affiliate Programs | Bankruptcy Lawyers | Work from Home |
| Conference Calls | Probate Lawyers | Personal Loans |
| CRM | Patent Lawyers | Jobs |
| **Computers** | **Health Care** | **Shopping** |
| Laptops | Vitamins | Gifts |
| Software Training | Contact Lenses | Flowers |
| High Speed Internet | Laser Eye Surgery | DVD Rental |
| DSL | Cosmetic Surgery | Apparel |
| Data Recovery | Diet | Books |

Copyright ® 1999-2008 Grapevinenet Works; All rights reserved.