UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                        Civil Action
                                        No: 05-11007-PBS

CHRISTOPHER BOWLER, ET AL,
Plaintiffs,

v.

JOHN STAPELFELD, ET AL,
Defendants.

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

                                        By the Court,

                                        /s/ Robert C. Alba
                                        Deputy Clerk

March 12, 2008

To: All Counsel