UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LATONYA JONES and AURORA JONES,<br>　　　　Plaintiffs<br><br>v.<br><br>CITY OF BEVERLY, MAYOR WILLIAM F.<br>SCANLON, JR., the BEVERLY SCHOOL<br>COMMITTEE, & SUPERINTENDENTS, DR.<br>JAMES HAYES and DR. WILLIAM LUPINI,<br>BEVERLY HIGH SCHOOL PRINCIPAL DR.<br>CARLA SCUZZARELLA, COUNSELOR TINA<br>GRASSO & TITLE IX, VI COORDINATOR<br>EMILY ROCKWELL,<br>　　　　Defendants | CIVIL ACTION NO. 06-10131 RCL |

## NOTICE OF CHANGE OF ADDRESS

Effective **April 7, 2008** the Law Office of Pierce, Davis & Perritano, LLP, will be relocating. The new address is as follows:

**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114-2018
(P) (617) 350-0950
(F) (617) 350-7760

The telephone and facsimile numbers of the firm remain unchanged.

　　　　　　　　　　　　　　　　　　　　The Defendants,
　　　　　　　　　　　　　　　　　　　　CITY OF BEVERLY, MAYOR WILLIAM F. SCANLON, JR., THE BEVERLY SCHOOL COMMITTEE, & SUPERINTENDENTS, DR. JAMES HAYES AND DR. WILLIAM LUPINI, BEVERLY HIGH SCHOOL PRINCIPAL, DR. CARLA SCUZZARELLA, COUNSELOR TINA GRASSO & TITLE IX, VI COORDINATOR, EMILY ROCKWELL,

　　　　　　　　　　　　　　　　　　　　By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP

/s/ Mia B. Friedman
_____
Mia B. Friedman, BBO #663826
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 3, 2008.

/s/ Mia B. Friedman
_____
Mia B. Friedman