UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

| | |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER,<br>　　　Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL,<br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

Effective **April 7, 2008** the Law Office of Pierce, Davis & Perritano, LLP, will be relocating. The new address is as follows:

**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114-2018
(P) (617) 350-0950
(F) (617) 350-7760

The telephone and facsimile numbers of the firm remain unchanged.

Respectfully submitted,
The Defendants,

JOHN STAPELFELD, in his individual and official capacities as Principal of Hudson High School, DAVID CHAMPIGNY, in his individual and official capacities as Assistant Principal of Hudson High School, Dr. SHELDON BERMAN, in his individual and official capacities as Superintendent of Hudson Public School District, TOWN OF HUDSON, MASSACHUSETTS, and HUDSON HIGH SCHOOL,

By their attorneys,

PIERCE, DAVIS & PERRITANO, LLP


_____
Mia B. Friedman, Esq., BBO # 663826
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 3, 2008.


_____
Mia B. Friedman