UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

DOCKET NO.: 05-11007 PBS

|  |  |
|---|---|
| CHRISTOPHER BOWLER, HUDSON HIGH SCHOOL CONSERVATIVE CLUB, an unincorporated association, JOSEPH T. BOWLER, and KIMBERLY A. BOWLER, by and through her father and next friend, STEVEN BOWLER,<br>    Plaintiffs,<br><br>vs.<br><br>JOHN STAPELFELD, DAVID CHAMPIGNY, DR. SHELDON BERMAN, TOWN OF HUDSON, MASSACHUSETTS and HUDSON HIGH SCHOOL,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action shall be dismissed with prejudice and without costs, waiving all rights of appeal.

| For Plaintiffs, | For Defendants, |
|---|---|
| By their attorneys, | By their attorneys, |
|  |  |
| /s/ Gregory A. Hession | /s/ Mia B. Friedman |
| Gregory A. Hession, Esq., BBO# 564457 | John J. Davis, Esq., BBO# 115890 |
| Law Offices of Gregory A. Hession | Mia B. Friedman, Esq., BBO# 663826 |
| 172 Thompson Street | **PIERCE, DAVIS & PERRITANO, LLP** |
| Springfield, MA 01108 | 90 Canal Street |
| (413) 746-3333 | Boston, MA 02114 |
|  | (617) 350-0950 |

Date: April 25, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on April 25, 2008.

                                                     /s/ Mia B. Friedman
                                                     Mia B. Friedman, Esq.